AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK

JUN 02 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 3:15-mj-243 |
| PATRICK NEWMAN | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PATRICK NEWMAN

Date: June 2, 2015

_____
Attorney's signature

BRIAN BUTLER, 85800
Printed name and bar number

600 West Main St, Suite 500
Address

brian.butleresq@yahoo.com
E-mail address

594-1802
Telephone number

584-1212
FAX number