# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                          **CRIMINAL ACTION NUMBER: 3:15-MJ-243**

**PATRICK NEWMAN**                                                                           **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on June 2, 2015 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Patrick Newman - Present and in custody |
| | Brian Butler, Retained - Present |
| Court Reporter: | Digitally Recorded Proceeding |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that this case is scheduled for a combined preliminary and detention hearing on <u>**Friday, June 5, 2015 at 1:30 p.m.**</u> before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the U.S. Marshal pending further order of the Court.

This 2nd day of June, 2015            **ENTERED BY ORDER OF THE COURT:**
                                           **DAVE WHALIN**
                                           **UNITED STATES MAGISTRATE JUDGE**
                                           **VANESSA L. ARMSTRONG, CLERK**
                                           **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|10