AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 05 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

United States of America )
v. )
_Patrick Newman_ ) Case No. 3:15-mj-243
     Defendant )
)

### WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_Brian Butler_  _85800_
*Printed name and bar number of defendant's attorney*

_600 West Main St, Suite 500, Louisville, KY 40202_
*Address of defendant's attorney*

_brian.butleresq@yahoo.com_
*E-mail address of defendant's attorney*

_594-1802_
*Telephone number of defendant's attorney*

_584-1212_
*FAX number of defendant's attorney*