# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                         **CRIMINAL ACTION NUMBER: 3:15MJ-243**

**PATRICK NEWMAN**                                                                           **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on June 5, 2015 for a combined preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Patrick Newman - Present and in custody |
| | Brian Butler - Retained - Present |
| Court Reporter: | Alan Wernecke |

The defendant, through counsel, having waived his right to a preliminary hearing in open Court and having executed the appropriate form to that effect;

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **Tuesday, July 28, 2015 at 9:30 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

The Court having heard sworn witness testimony and arguments from counsel as to the matter of detention;

**IT IS FURTHER ORDERED** that the matter of detention stands submitted to the Magistrate Judge and will be addressed by separate order.

This 8th day of June, 2015         **ENTERED BY ORDER OF THE COURT:**
                                   **DAVE WHALIN**
                                   **UNITED STATES MAGISTRATE JUDGE**
                                   **VANESSA L. ARMSTRONG, CLERK**
                                   **BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|40