UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                                                                      CASE NO.    3:15MJ-243-DW

PATRICK NEWMAN                                                 DEFENDANT

*- Filed Electronically -*

**AGREED ORDER WAIVING SPEEDY TRIAL TIME FOR INDICTMENT**

The United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and defendant, Patrick Newman, by and through counsel, Brian Butler, hereby agree and stipulate to the following:

Law enforcement officials executed a Search Warrant on Newman's residence on June 2, 2015. During the course of the search, officials seized a cellular telephone, computer, tablet and computer-related / digital storage materials. On that same date, law enforcement officials made a probable cause arrest of Newman. The United States Magistrate Judge issued a Criminal Complaint and Arrest Warrant on June 2, 2015. Newman waived a preliminary hearing but requested a hearing on the matter of detention. After taking the matter under advisement, this Court ordered Newman detained.

As noted above, law enforcement officials a computer and related electronic media items. The items are currently undergoing forensic examination and review. The parties agree that the 30-day time limit set out in 18 U.S.C. § 3161(b) should be set aside.

The ends of justice are best served by granting the extension of time in which to present evidence to the Grand Jury. An extension of the 30-day time period is necessary to gather and present evidence to the Grand Jury for consideration. The ends of justice outweigh the best

interest of the defendant in having an Indictment presented within the 30-day time frame. *See* 18 U.S.C. § 3161(h)(7)(A). Failure to grant the short continuance would deny the Government and Newman reasonable time necessary for effective preparation, taking into account the exercise of due diligence to quickly but thoroughly examine the materials in this case. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The instant request is not presented for any improper purpose. There is no intent to unnecessarily delay resolution of the matters pending before the Court. Upon agreement of the parties, and the Court having reviewed this matter and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the time within which an Indictment must be presented to a grand jury is extended to include presentation no later than **August 3, 2015**.

**Agreed to**:

JOHN E. KUHN, JR.
Acting United States Attorney

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

/s/ *Brian Butler*
Brian Butler
Counsel for Patrick Newman
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 882-5192
(502) 584-1212 (Fax)