

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

vs.

**PATRICK NEWMAN**

INFORMATION

CRIMINAL ACTION NO.: 3:15CR-83-DJH
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The United States Attorney charges:

COUNT 1

On or about March 9, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 1), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 2

On or about March 9, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, using a facility and means of interstate commerce, that is, a cellular telephone, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years (John Doe 1), to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The United States Attorney further charges:

## COUNT 3

On or about March 24, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 2), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 4

On or about and between March 30, 2015, and April 7, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 3), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 5

On or about April 2, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 4), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 6

On or about April 5, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 5), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 7

On or about April 21, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 6), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 8

On or about April 30, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 7), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 9

On or about May 4, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 8), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecing interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 10

On or about and between May 10, 2015, and May 25, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 9), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 11

On or about May 18, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 10), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecing interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 12

On or about May 19, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 11), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 13

On or about May 21, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 12), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 14

On or about May 26, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 13), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 15

On or about May 26, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 14), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 16

On or about May 28, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly attempted to use, persuade, induce, entice, and coerce a minor, (John Doe 15), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 17

On or about and between May 29, 2015, and May 30, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly used, persuaded, induced, enticed, and coerced a minor, (John Doe 16), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depiction having actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The United States Attorney further charges:

## COUNT 18

In or about and between January and June 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly transported child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate and foreign and in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The United States Attorney further charges:

## COUNT 19

On or about June 2, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **PATRICK NEWMAN**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of 18 U.S.C. §§ 2251(a), 2251(e), 2252A(a)(1), 2252A(a)(5)(B), 2252A(b)(1), 2252A(b)(2), and 2422(b), as alleged in Counts 1 - 18 of this Information, felonies punishable by imprisonment for more than one year, the defendant **PATRICK NEWMAN**, shall forfeit to the United States pursuant to 18 U.S.C. § 2253:

10

1. Any property, real and personal, used and intended to be used to commit and to promote the commission of such offense; and

2. all visual depictions which were produced, transported, mailed, shipped or received in violation of the law; all property, real and personal, used or intended to be used to commit or to promote the commission of the offense.

*[signature]*
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:JEL

UNITED STATES OF AMERICA v. **PATRICK NEWMAN**

## PENALTIES

| | |
|---|---|
| Count 1: | NL 15 yrs NM 30 yrs./$250,000 fine/both/NL 5 yrs NM life Supervised Release |
| Count 2: | NL 10 yrs NM life/$250,000 fine/both/ NL 5 yrs NM live Supervised Release |
| Count 3 - 17: | NL 15 yrs NM 30 yrs./$250,000 fine/both/NL 5 yrs NM life Supervised Release (each count) |
| Count 18: | NL 5 yrs NM 20 yrs/$250,000 fine/both/NL 5 yrs NM live Supervised Release |
| Count 19: | NM 10 yrs/$250,000 fine/both/5 yrs NM live Supervised Release |
| Forfeiture | |

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

#### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

#### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.