

# Case Assignment
# Standard Criminal Assignment

Case number **3:15CR-83-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 07/31/2015

[ Request New Judge ]    [ Return ]