AO 455 (Rev. 01/09) Waiver of an Indictment



FILED JS
U.S. DISTRICT COURT
WESTERN DISTRICT CLERK OF KY

15 AUG 19 PM 2:31

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Patrick Newman<br>_Defendant_ | )<br>)  Case No. 3:15CR-83-H<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-19-15

X _____
_Defendant's signature_

_____
_Signature of defendant's attorney_

BRIAN BUTLER
_Printed name of defendant's attorney_

_____
_Judge's signature_

David J. Hale,
_Judge's printed name and title_
U.S. District Judge