```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                            AT LOUISVILLE
```

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:15CR-83-DJH

PATRICK NEWMAN                                                DEFENDANT

<u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>
*ELECTRONICALLY FILED*

Comes the defendant Patrick Newman, by counsel Brian Butler, and hereby moves this Court to continue the sentencing scheduled for December 16, 2015. In support of the motion, the undersigned states as follows:

The undersigned has been in contact with United States Probation and Assistant United States Attorney Jo Lawless. All concerned believe a continuance is necessary in order for everyone to be adequately prepared for sentencing. The undersigned needs additional time to prepare for sentencing. The undersigned has spoken with Assistant United States Attorney Jo Lawless concerning this motion. Ms. Lawless agrees that more time would be beneficial and has authorized the undersigned to state that she does not oppose this motion.

WHEREFORE, the undersigned requests that the Court enter the attached Order continuing this matter.

Respectfully submitted,

/S/ Brian Butler

BRIAN BUTLER
Dathorne & Butler, LLC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 594-1802

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the Hon. Jo Lawless and other counsel of record.

Respectfully submitted,

/S/ Brian Butler

BRIAN BUTLER