```
                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF KENTUCKY
                            AT LOUISVILLE
```

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:15CR-83-DJH

PATRICK NEWMAN                                                  DEFENDANT

*****

## ORDER

Defendant Patrick Newman, by counsel, having moved to continue this matter, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Continue Sentencing is GRANTED.