UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-83-DJH

PATRICK NEWMAN,     Defendant.

\* \* \* \* \*

## **ORDER**

Defendant has moved to continue the sentencing scheduled for December 16, 2015. (Docket No. 23) The motion is unopposed, and all parties agree that a continuance is necessary. Accordingly, and being otherwise sufficiently advised, it is hereby

**ORDERED** that Defendant's motion to continue the December 16, 2015 sentencing (D.N. 23) is **GRANTED**. The sentencing is continued to **January 6, 2016, at 1:30pm**.