
## Extraction Report
Apple iOS iTunes (Backup)

### Participants

Good Times  321havingfun123

### Conversation - Instant Messages (77)

| | |
|---|---|
| **321havingfun123 Good Times** | 2/24/2015 2:44:41 AM(UTC+0) |
| Hey | |

| | |
|---|---|
| **321havingfun123 Good Times** | 3/1/2015 4:18:58 AM(UTC+0) |
| Hey sexy boy | |

| | |
|---|---|
| **321havingfun123 Good Times** | 3/6/2015 9:45:57 PM(UTC+0) |
| Hey, we still kiking? | |

| | |
|---|---|
| | 3/9/2015 12:42:37 AM(UTC+0) |
| Hey | |

| | |
|---|---|
| **321havingfun123 Good Times** | 3/9/2015 12:42:55 AM(UTC+0) |
| Hey babe | |

| | |
|---|---|
| **321havingfun123 Good Times** | 3/9/2015 12:43:03 AM(UTC+0) |
| I've missed hearing from you | |

| | |
|---|---|
| | 3/9/2015 12:43:21 AM(UTC+0) |
| I missed talking to u | |

| | |
|---|---|
| **321havingfun123 Good Times** | 3/9/2015 12:43:33 AM(UTC+0) |
| How've you been | |

| | |
|---|---|
| | 3/9/2015 12:44:19 AM(UTC+0) |
| Good how about u | |

| | |
|---|---|
| **321havingfun123 Good Times** | 3/9/2015 12:44:49 AM(UTC+0) |
| Great | |

| | |
|---|---|
| | 3/9/2015 12:45:01 AM(UTC+0) |
| That's good | |

| | |
|---|---|
| **321havingfun123 Good Times** | 3/9/2015 12:45:20 AM(UTC+0) |
| Now all o can think about is that sexy ass of yours | |

| | |
|---|---|
| | 3/9/2015 12:45:21 AM(UTC+0) |
| I've been think about u a lot | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 12:45:28 AM(UTC+0) |
| Really!? | |
| 321havingfun123 Good Times | 3/9/2015 12:45:35 AM(UTC+0) |
| That makes me feel good | |
| | 3/9/2015 12:45:37 AM(UTC+0) |
| Yea ur so sexy | |
| 321havingfun123 Good Times | 3/9/2015 12:46:28 AM(UTC+0) |
| | 3/9/2015 12:46:43 AM(UTC+0) |
| 321havingfun123 Good Times | 3/9/2015 12:46:58 AM(UTC+0) |
| What are you doing tonight? | |
| | 3/9/2015 12:47:13 AM(UTC+0) |
| Nothing what about u | |
| 321havingfun123 Good Times | 3/9/2015 12:47:25 AM(UTC+0) |
| Watching tv | |
| | 3/9/2015 12:48:02 AM(UTC+0) |
| Alone? | |
| 321havingfun123 Good Times | 3/9/2015 12:48:54 AM(UTC+0) |
| Kind of | |
| | 3/9/2015 12:49:49 AM(UTC+0) |
| Wanna see something? | |
| 321havingfun123 Good Times | 3/9/2015 12:49:59 AM(UTC+0) |
| Of course I do | |
| | 3/9/2015 12:51:06 AM(UTC+0) |
| 87bcb6ee-a5f3-481d-b28c-3db2af5c63ba | |
| | 3/9/2015 12:51:17 AM(UTC+0) |
| I'm getting hard just thinking about u | |
| 321havingfun123 Good Times | 3/9/2015 12:51:50 AM(UTC+0) |
| Mmmmm | |
| 321havingfun123 Good Times | 3/9/2015 12:51:56 AM(UTC+0) |
| Love that cock | |

| 321havingfun123 Good Times | 3/9/2015 12:52:08 AM(UTC+0) |
|---|---|
| Think you could use that plunger tonight? | |

| | 3/9/2015 12:52:48 AM(UTC+0) |
|---|---|
| Oh yea baby | |

| 321havingfun123 Good Times | 3/9/2015 12:52:58 AM(UTC+0) |
|---|---|

| 321havingfun123 Good Times | 3/9/2015 12:53:18 AM(UTC+0) |
|---|---|
| Make me a long sexy video. Think you could do it on the app not on here? | |

| 321havingfun123 Good Times | 3/9/2015 12:53:27 AM(UTC+0) |
|---|---|
| I just want to see as much of you as possible | |

| | 3/9/2015 12:54:03 AM(UTC+0) |
|---|---|
| Ok | |

| 321havingfun123 Good Times | 3/9/2015 12:54:25 AM(UTC+0) |
|---|---|
| You're the best | |

| | 3/9/2015 12:59:20 AM(UTC+0) |
|---|---|
| I just made a video but it didn't send so I'm going to make another | |

| 321havingfun123 Good Times | 3/9/2015 12:59:35 AM(UTC+0) |
|---|---|
| Ok | |

| 321havingfun123 Good Times | 3/9/2015 1:00:04 AM(UTC+0) |
|---|---|
| Do you have an iPhone? | |

| | 3/9/2015 1:01:33 AM(UTC+0) |
|---|---|
| 54a58fd8-0500-4abc-b8a6-fc83a2439329 | |

| | 3/9/2015 1:01:33 AM(UTC+0) |
|---|---|
| Yea I have an iPhone and can I see some of u sexy | |

| 321havingfun123 Good Times | 3/9/2015 1:03:16 AM(UTC+0) |
|---|---|
| Hell yeah you can | |

| 321havingfun123 Good Times | 3/9/2015 1:03:47 AM(UTC+0) |
|---|---|
| 75dfad45-2c17-4b39-a6d7-09a0c6d3362b | |

| 321havingfun123 Good Times | 3/9/2015 1:05:14 AM(UTC+0) |
|---|---|
| I need that right pink hole bouncing on my hard cock | |

3

| | |
|---|---|
| | 3/9/2015 1:08:16 AM(UTC+0) |
| Ur dick is so sexy I want it | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 1:08:42 AM(UTC+0) |
| You too. I need all of you | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 1:08:54 AM(UTC+0) |
| You gonna play with your ass for me? | |

| | |
|---|---|
| | 3/9/2015 1:09:15 AM(UTC+0) |
| Of course baby | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 1:10:21 AM(UTC+0) |

| | |
|---|---|
| | 3/9/2015 1:12:25 AM(UTC+0) |
| 60caa3ce-0180-4902-9e75-f8d651a8a741 | |

| | |
|---|---|
| | 3/9/2015 1:15:06 AM(UTC+0) |
| 60caa3ce-0180-4902-9e75-f8d651a8a741 | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 1:16:37 AM(UTC+0) |
| Did you mean to send the same one twice lol | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 1:17:34 AM(UTC+0) |
| Can you use that plunger? Maybe set up the camera on the counter and use it? | |

| | |
|---|---|
| | 3/9/2015 1:18:05 AM(UTC+0) |
| 495650cf-ae0b-40ba-9a1d-d1407183e936 | |

| | |
|---|---|
| | 3/9/2015 1:18:20 AM(UTC+0) |
| As I sent that I made this | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 1:21:59 AM(UTC+0) |
| Omg | |

| | |
|---|---|
| 321havingfun123 Good Times | 3/9/2015 1:22:13 AM(UTC+0) |
| 1e7f2943-8e19-4c90-9b3d-30271a5bb74f | |

| | | |
|---|---|---|
| 321havingfun123 Good Times | | 3/9/2015 1:22:13 AM(UTC+0) |
| Come sit on my cock | | |

| | 3/9/2015 1:23:01 AM(UTC+0) |
|---|---|
| 47ca12d8-48ae-4ff0-b440-8c3b5ce70bec | |

| 321havingfun123 Good Times | 3/9/2015 1:24:52 AM(UTC+0) |
|---|---|
| I need to see you cum | |

| | 3/9/2015 1:28:26 AM(UTC+0) |
|---|---|
| 514b5523-5060-4023-b358-25020aba4629 | |

| | 3/9/2015 1:30:30 AM(UTC+0) |
|---|---|
| Can I see u play with ur hole? | |

| 321havingfun123 Good Times | 3/9/2015 1:30:39 AM(UTC+0) |
|---|---|
| You thinking of my hard cock driving deep into your tight ass? | |

| | 3/9/2015 1:31:02 AM(UTC+0) |
|---|---|
| Oh god yes I want ur had cock deep in me | |

| | 3/9/2015 1:31:19 AM(UTC+0) |
|---|---|
| Hard* | |

| 321havingfun123 Good Times | 3/9/2015 1:31:21 AM(UTC+0) |
|---|---|
| On sec on the ass stuff | |

| | 3/9/2015 1:31:33 AM(UTC+0) |
|---|---|
| Ok | |

| 321havingfun123 Good Times | 3/9/2015 1:32:14 AM(UTC+0) |
|---|---|
| Do you want to come lick my ass? | |

| | 3/9/2015 1:34:11 AM(UTC+0) |
|---|---|
| Oh fuck yea baby | |

| 321havingfun123 Good Times | 3/9/2015 1:36:34 AM(UTC+0) |
|---|---|
| 115784c4-ef7a-4943-ab27-00b72b280801 | |

| | 3/9/2015 1:37:56 AM(UTC+0) |
|---|---|
| f92424b1-b00b-407f-b77a-0b2438134836 | |

| | 3/9/2015 1:39:59 AM(UTC+0) |
|---|---|
| Ur ass is so sexy | |

| 321havingfun123 Good Times | 3/9/2015 1:41:40 AM(UTC+0) |
|---|---|
| Fuck yes | |

| 321havingfun123 Good Times | 3/9/2015 1:41:52 AM(UTC+0) |
|---|---|
| Wish I could come lick that cum off your sexy body | |

| | 3/9/2015 1:44:45 AM(UTC+0) |
|---|---|
| I wish u would sexy | |

| 321havingfun123 Good Times | 3/9/2015 1:46:02 AM(UTC+0) |
|---|---|
| | |

| 321havingfun123 Good Times | 3/15/2015 10:46:46 PM(UTC+0) |
|---|---|
| Hey babe | |