























































Are you gonna record us tonight 😊

My family will still be home

That's what I mean. You're not worried about us being in the open in the basement

No we moved stuff around as long as we don't moan or anything

Can you keep from moaning?

Lol

Idk haha

We should try though. And



April 2

We should try though. And yeah I want to record

Ok

You should meet me at the door in only your undies

Alright

Around 12 again?

Maybe earlier

Idol what time they will go to bed. They stay up way to late for old people

Ok. I'll come as late as needed lol



























































as much as last time

Leave your house at 12, and when you get on my street turn your lights off

Ok. Remember it'll take me 25-30, will that be good?

Perfect, but drive slower

Maybe I'll leave at like 12:15. Not sure I'll be able to drive slowly when I get on the road

Lol

Haha can't wait to get you in the bed



the bed

Oh and we do have a bed it just doesn't have a frame it's in the ground

May 9

We can do whatever you like, as long as we can have a little bit of light? Maybe just the phone flashlight?

We can turn on out bathroom light

*our

Perfect

I'm excited! But why do we need light















May 12

5:12 PM

6:53 PM
Love the pics

May 13

7:44 PM  If I don't catch you during the day, I'll be cal on around 7 Thursday night

May 14

9:55 PM  Hey

Hey dude I have finals tomorrow and can't stay up   10:06 PM

10:06 PM  Good, cause I couldn't come tonight either. Gotta

Send



get up early

Okay haha works for both of us   10:07 PM

10:07 PM  Yup. You gonna be there tomorrow?

Nope   10:07 PM

10:07 PM  Damn!

10:07 PM  Lol

Sorry   10:08 PM

10:08 PM  It's ok. Those pics were great btw

Can you send me screenshots   10:08 PM

Send







have told me to

10:15 PM   Cause I wanted to lick that cum off you

10:15 PM   But I always make you cum too soon

I get so horny   10:38 PM

10:39 PM   I know!

10:39 PM   I do too

Haha we need to come like 3 times next time   10:39 PM

10:42 PM   I think next time I'm gonna park out of the lamp post light. That always makes me kinda nervous

Send



light. That always makes me kinda nervous

What do you mean?   10:43 PM

10:43 PM   You know how I park by the tree and there's that lamp post? I'd rather park down the street a bit where it darker

10:44 PM   It probably doesn't matter, just sayin

10:46 PM   Think you ever be able to drive to my place?

Probably not any time soon   10:55 PM

I don't have a car over there   10:55 PM

10:57 PM   Cause then you wouldn't

Send



































I mean like during the day or something. Just throwing ideas out there

Lol

Idk cause I'm still in school. We might have to wait til like January.

You all aren't out yet?

And why January

No I don't get out til June 12 and January is when I get a car for sure. If I don't buy one sooner

Oh gotcha

You need to spend the night



Oh gotcha

You need to spend the night at your aunts again soon though, lol

Last time I did you didn't want to

Wyd tonight? You're normally not on?

No, I was at a party and couldn't talk at the time. I don't think I'd ever not come

You fell asleep, remember

Oh yea but I am being careful with the app



























May 29

With who?

Idk! I'm sure we can find someone

Might be easier when you can drive to me

Maybe

It surely will be, but it'll have to be in the day time

Yeah. Maybe next winter break

Probably

Can I be completely honest with you and trust you? I



make sure

Sure what is it

The reason I was so interested in you and that teacher fucking....

Well I'm a teacher too

Where at?

I'd rather not say if that's ok

Just like I don't really need to know where you go to school. As long as it's not in Jefferson Co

May 30

I don't lol































