●●●○○ AT&T LTE 4:49 PM 53%

Back

04/20/2015 @ 10:21 PM

Love the profile pic

04/21/2015 @ 9:03 PM

omg thx urs 2 (;

04/21/2015 @ 9:47 PM

Asl? 32 m us here

04/21/2015 @ 10:17 PM

15 m us \:

Nice. Where from?

I'm in KY

Ny

Cool

Type a message...

●●●○○ AT&T LTE 4:50 PM 53%

Back

Cool

What's up tonight?

Nm just laying wby

Me too

I seriously love those undies 😍

I love your body holy shit 😍😍

Thanks 😉

Want to see more

Umm yess

Type a message...

AT&T LTE 4:50 PM 53%

Back

ughh youre maybe the hottest man ive seen 😍😍😍😍😍😍😍😍😍

😘

Type a message...

AT&T LTE 4:50 PM 53%

Back

Hell yes!

Your made to wear those lol

You're

Lol theyre not mine to begin with lol

Oh really

Whose are they

Some kid left his locker room locker open (;

Lol, nice! I guess he's hot?

Type a message...

●●○○○ AT&T LTE 4:50 PM 53%

Back

hot?

Wayyyy hot

As hot as me?

Oh hell no you top him

Lol good to know.

You're more attracted to older then?

But you like guys your age

I like mainly older but i like my age too

Cool

Type a message...

●●○○○ AT&T LTE 4:50 PM 53%

Back

Got any more pics of yourself? I'd love to see

Getting better 😏

Type a message...

●●○○○ AT&T LTE 4:50 PM 53%

Back

What an ass 😍😍😍

Need somewhere to

Type a message...

●●○○○ AT&T LTE 4:50 PM 53%

Back

Need somewhere to have a seat?

Id sit on that in a heartbeat!!!

😘😘

Gallery

Type a message...

AT&T LTE 4:50 PM 53%
Back
Can you do a video? Maybe bounce that ass for me
I cant right now my brother is in the room ):
Ok. Maybe later then
Type a message...

AT&T LTE 4:50 PM 53%
Back
Ok. Maybe later then
I'd love to trade hot vids with you
I usually do live pics and vids on weekends bcuz i sleep in a totally empty room where no one goes (:
Oh that sounds great!
Totally worth the wait i think (;
I think so too
Do you just make vids through here or do you have the Video Kik app
Type a message...

AT&T LTE 4:50 PM 53%

Back

Which ones easier

This ones quicker, but you only get 15 secs and you have to hold the button down

I like the app because you can set the cam up and make longer ones

Ok we can do the app if you want (:

That'd be awesome! I'd love to see you do a sexy strip 😊

Ill do more than that (;

Type a message...

AT&T LTE 4:50 PM 53%

Back

Well, that'd be the start 😊

Tell me about the boy that you took those undies from

He's a year younger than me and he smells like he has sex every day its so hot

I wish I could smell them

Have any pics of him?

Ill see if i can scavenge

Lol

Type a message...

AT&T LTE 4:51 PM 53%

Back

Thats him w clothes on

Not the best looker but he smells like straight cum

Lol. Must be nice haha

I'd rather have you

Type a message...

AT&T LTE 4:51 PM 53%

Back

I'd rather have you

😍😍😍😍😍😍😍😍

Have you ever been with a guy?

Ive kissed but nothing else

Who?

My friend my age

How'd it happen? Was it experimenting?

Yea we were roomates

Type a message...

●●○○○ AT&T LTE 4:51 PM 52%

Back

Yea we were roomates on a school trip

Just sorta happened

Was it good?

Well i cant exactly compare lol

I guess not 😂

Loll yeah im a rookie

I'd love to give you something to compare it to

I think id like that (:

Type a message...

●●○○○ AT&T LTE 4:51 PM 52%

Back

I think id like that (:

Making out and rubbing and squeezing someone against me is one of my faves

It's so hot

Im basically hairless so thatd be a plus for youu lol

And I'm pretty hairy which is a plus for you I bet

Mega pluss

Can I see just how hairless you are 😏

Type a message...

●●○○○ AT&T LTE 4:51 PM 52%

Back

Can I see just how hairless you are 😏

😍😍😍😍

That's sexy af!

You're just too perfect

Noo stopppp 😳

Type a message...

●●○○○ AT&T LTE 4:51 PM 52%

Back

I'm serious

Are you gonna stop saying it about me?

Never.

Youre crazy hot

Then I won't about you lol

😍

If we ever got together what sort of stuff would we do?

Id save the sex for that night

Type a message...

AT&T LTE 4:51 PM 52%
Back
night
If we did it immediately it loses its touch i think
So what would we do till then?
Youd be shirtless and wed watch movies together while i lay in your arms and just feel around
To get in the mood
Thats like my perf day idk about you
I don't know if I could resist the temptation
Type a message...

AT&T LTE 4:51 PM 52%
Back
resist the temptation
Lol
Ugh me neither to be honest loll
What would u do
I really hate to do this, but I have to get some sleep. I need to get up to lift in the morning. Let's chat tomorrow
Ugh youre perfect
I'd love to lay together and make out as long as possible
Type a message...

●●○○○ AT&T LTE 4:52 PM 52%

Back

Lol

byee

Good night

04/22/2015 @ 8:42 PM

Hey sexy

04/22/2015 @ 9:32 PM

heyy

How was your day

good good wbu?

Can't complain

how was the gym

Wore my ass out lol

Type a message...

●●○○○ AT&T LTE 4:52 PM 52%

Back

Wore my ass out lol

Bet it made that ass more firm though (;

04/22/2015 @ 9:48 PM

Trying to lol

Did a bunch of front squats

Niiiiiice

Hbu? Do anything Besides school?

Just ran lol nothin super

Do you do track?

Yepp

Type a message...

AT&T LTE 4:52 PM 52%

Back

Yepp

Nice! What events

I'm the 15th best 400 in the state and the 11th best pole vaulter 😛

Oh wow! What's your best 400 time?

47 on a good day 50 bad day

That's really good, especially at your age

thxxx 😳

What about pole vault

Type a message...

AT&T LTE 4:52 PM 52%

Back

14 on a good day 12 bad day

Impressive con wonder you have such a great physique

😚 not as good as u tho

Thanks babe 😘

What year are you?

Sophomore

Cool

Whatd u do today?

Work

Type a message...

AT&T LTE 4:52 PM 52%

Back

Work

Where do u work?

I think you're gonna love it

Wheree ?

I'm a high school teacher

Omgggggg yesssss

Love itt !!!!

Lol

I thought you might. I don't like telling most people on here

Type a message...

AT&T LTE 4:52 PM 52%

Back

Why not ?

Idk, just want to make sure I keep things on the dl

Make sure I can trust people I guess

Well i won't tell anyone loll

What do you teach?

Social Studies

Kwlll

Type a message...

AT&T LTE 4:52 PM 52%
Back
Kwlll
Would you be able to handle it I you had me in class?
Omg no
I would die
The temptation would kill me
Me too
You'd probably get me fired lol
We'd be carefullllll
Lol
Type a message...

AT&T LTE 4:52 PM 52%
Back
I'd have to keep you after class for special tutoring
Omg that's my dream
Youre 100% the best package youre hot and youre a teacher
Lol. You're hot and think I'm hot so I'm good with the situation too lol
Type a message...

AT&T LTE 4:52 PM 52%

Back

Kinda blurry but...

OMG YOURE SO HOT

THAT DICK IS MINE TO SIT ON

You can do more than that with it 😘

Literally I just want you to sit and let me do all the work to pleasure every inch of you

But I want to do so much more!

04/22/2015 @ 10:36 PM

Type a message...

AT&T LTE 4:53 PM 52%

Back

04/22/2015 @ 10:36 PM

Like what (;

Making out while rubbing our hot bodies together

Kissing all over sexy body of yours

Ughh fuckk

Going all the way down and sucking that perfect cock for a while

Licking down to your balls till a work to rim your sweet add

Type a message...

AT&T LTE 4:53 PM 52%

Back

Ass

Im so hard rn holy shit

Tell me more

When your nice and wet I'll start to slide my fingers inside you and loosen your ass up

Then I'll start to tease your hole with my cock till you begged me to stick it in

Ughh babe

You like that

I NEED that!

Type a message...

AT&T LTE 4:53 PM 52%

Back

I NEED that!

Me too!

Lol

how would you pound me what position

Everyone possible

We'd start on your back

Then move to doggy

Then if lay you flat on your stomach and squeeze you tight

Then I'd lay back and let

Type a message...

AT&T LTE 4:53 PM 52%

Back

ohh i would love to ride on top

But when you're ready to cum I'm putting you back down. I want to make you cum all over your sexy body so I can lick it all off

and then we cum kiss ufhhhhhh

Yes!

I wanna ride on top of you in your teacher chair unfff

Lol

Type a message...

AT&T LTE 4:53 PM 52%

Back

I could bend you over my desk

your tie loose and hanging on my back as you pound me

Mmmmm

We'd definitely have weekend study sessions

Oh no doubt

Lol. Have I got you nice and hard?

Too hard if you ask me

Wish I could see

Type a message...

●●○○○ AT&T LTE 4:53 PM 52%

Back

i cant rn i'm not in the right clothes

Sat trust me

That's what I mean lol

What are you wearing?

I'm wearing boxers and khakis and a button down it's not sexy at all

You not in bed?

And anything you'd wear is hot af I bet

No i'm at a friends

Type a message...

●●○○○ AT&T LTE 4:53 PM 52%

Back

No i'm at a friends

This late?

Yeah studyin

Even on a school night

Yeah ap's are soon

Sexy, athletic and smart!

I'm so lucky

Um you know how to please a boy from head to toe with you hot tongue and monster cock and hot bod i think I'M the lucky one

Lol

Type a message...

AT&T LTE 4:53 PM 52%

Back

Lol

We're both lucky

Deff

Will you trade live face pics Sat?

Oh ya

Cool. I can't wait to see lol

U 2 lol

Bet your cute af

Type a message...

AT&T LTE 4:53 PM 52%

Back

You're

Noooo im ugly

Doubt it

I know youre hot thats like a given

Obviously

Right back at ya

Have you ever gotten any student action?

No. I'd never risk it either

Type a message...

AT&T LTE 4:54 PM 52%

Back

Not with students at my school

What kind of action?

Any my age?

Youngest I've been with is 16

Howd he like it?

He's begging for more lol

Another 17 yo is the same Way

Ugh i would moan so

Type a message...

AT&T LTE 4:54 PM 52%

Back

Ugh i would moan so hard when your pounding me

Would love to break your record (:

Lol

Me too

Love for u to pop my cherry hole

😍😍😍

I've actually snuck into the 17 yo house to fuck him at night

No wayy

Type a message...

AT&T LTE 4:54 PM 52%
Back
No wayy
3-4 times
Do that to me holy shit
He lives in the basement so it's easy late at night
My rooms in the basement
Nice lol
Now it just needs to be in KY lol
Ughhh damn
Ikr
Type a message...

AT&T LTE 4:54 PM 51%
Back
Ikr
I want you to talk dirty when u fuck me
You should too
What would u say
I'll tell you when we make vids. Hard to text it lol
Ohh even better
Good idea
Type a message...

AT&T LTE 4:54 PM 51%

Back

Is Kyle your actual name?

yeah

Yours?

Patrick

Sexy as fuckkkkkk

Omg

Really?

Uhh yaaaa

How's that

Idk i just love it

Type a message...

AT&T LTE 4:54 PM 51%

Back

Idk i just love it

Lol. Well thanks Kyle. I dig your name too

So I'll use it to say bye since I need some sleep

Goodnight Kyle 😘

Goodnight patrick 😘

04/23/2015 @ 10:29 PM

Hey Kyle. What's up

heyy nm wby

How was your day

Great, but it almost

Type a message...

AT&T LTE 4:55 PM 51%
Back
Great, but it almost always is lol
Lol same here
It's better now though
oh yeah it is
04/23/2015 @ 10:44 PM
What'd you do today
Nothing really special wby
Me neither. I was trying to find a hookup lol
During school today some guy bumped into
Type a message...

AT&T LTE 4:55 PM 51%
Back
some guy bumped into me and his armpit was shoved directly into my face and I acted like I was disgusted but it was actually rlly hot
Lol. Would you want to have your face in my armpit
Chest and armpit hair are my biggest turnons omg
Type a message...

●●○○○ AT&T LTE 4:55 PM 51%

Back

ugh babe holy fuck

Lol

Thoughts you'd like it

LOVE ITT

*thought

Lol

Got any more saved pics for me 🙏

Type a message...

●●○○○ AT&T LTE 4:55 PM 51%

Back

pics for me 🙏

😍😍😍

😬😬

I love it. Your legs and cock and balls and stomach

Type a message...

●●○○○ AT&T LTE 4:55 PM 51%

Back

stomach

Perfect

Awww thx babe

But youre more perf

Haven't we argued this before?

Lol

Lolll its trueeeee tho

Ok, if you say so 😉

😍😍😍😘

More? Or do I have to wait till sat

Type a message...

●●○○○ AT&T LTE 4:55 PM 51%

Back

wait till sat

Is every pic you have better than the last one?

Omg

Hahahaaaa idk mayybee

I gotta go I'm rlly srry babe I'll talk to you later

Type a message...

AT&T LTE 4:55 PM 51%

Back

I gotta go I'm rlly srry babe I'll talk to you later

It's ok. Night babe

04/24/2015 @ 10:42 PM

Hey, hope you're on tonight

04/24/2015 @ 11:41 PM

You there babe

04/26/2015 @ 9:10 AM

Hey

04/26/2015 @ 3:27 PM

Hope we get to chat today

05/03/2015 @ 11:24 AM

Type a message...

AT&T LTE 4:55 PM 51%

Back

Hey sexy

05/16/2015 @ 1:40 PM

I miss you

05/16/2015 @ 10:22 PM

hey

i'm rly sry my phone got stolen and i completely forgot to redownload kik

05/16/2015 @ 10:32 PM

Baby

05/16/2015 @ 10:44 PM

Type a message...

AT&T LTE 4:55 PM 51%

Back

05/16/2015 @ 10:50 PM

No way!

I'm really busy tonight. Can we chat tomorrow?

Yeah

05/16/2015 @ 11:09 PM

See ya later. So glad to talk to you again

05/19/2015 @ 8:11 PM

Hey

05/22/2015 @ 9:19 PM

Hey I can totally talk tmrw night (:

Type a message...

AT&T LTE 4:56 PM 51%

Back

Hey I can totally talk tmrw night (:

05/22/2015 @ 11:34 PM

Ok!

05/24/2015 @ 10:19 PM

Are you on tonight?

05/25/2015 @ 12:11 AM

Heyy

05/25/2015 @ 12:16 AM

Heyyy

05/25/2015 @ 5:57 AM

Sorry i was asleep. We'll catch each other sometime lol

05/25/2015 @ 7:45 PM

Type a message...

AT&T LTE 4:56 PM 51%

Back

05/25/2015 @ 7:45 PM

05/25/2015 @ 8:22 PM

You there tonight I hope?

05/30/2015 @ 9:06 AM

One day we're gonna catch each other

05/30/2015 @ 9:37 PM

I'll see if I can chat tonight (:

05/30/2015 @ 9:46 PM

Please!

05/30/2015 @ 10:01 PM

I can't send any pics

Type a message...

AT&T LTE 4:56 PM 51%

Back

05/30/2015 @ 9:46 PM

Please!

05/30/2015 @ 10:01 PM

I can't send any pics tonight but I can talk (:

Cool!

05/30/2015 @ 10:41 PM

You there? Love the new profile pic!

05/31/2015 @ 11:04 PM

I'm starting to think we'll never talk

Thu @ 8:04 PM

Heyy I can 100% play tonight

Type a message...