











































































































































































