AT&T LTE
4:30 PM
55%
Back
There are a couple guys there that would like me to visit
Need you to lick me out x
Or we could all meet up
Lol
That would be a blast!
You should just rag me about
Show me that sexy ass
I can't sorry
Type a message...

AT&T LTE
4:31 PM
55%
Back
I can't sorry
Im supposed to be sleeping
Lol
In the morning the
Then
Yeah I will if you be my kik boyfriend
05/18/2015 @ 8:32 PM
We can definitely see How it works out
05/19/2015 @ 4:57 AM
Your body is just so
Type a message...

AT&T LTE 4:31 PM 55%
Back
05/19/2015 @ 4:57 AM
Your body is just so ride-able
05/19/2015 @ 3:06 PM
05/19/2015 @ 6:04 PM
Hey
05/19/2015 @ 7:13 PM
Hey. I'll be on at around 9
What times that? I'm UK
2 hours
Of you want you should leave me some hot pics and vids
Type a message...

AT&T LTE 4:31 PM 55%
Back
I'm teyna sleep its 12am here
Sorry babe
05/19/2015 @ 7:47 PM
It's ok
05/20/2015 @ 8:40 PM
Hey
Hey
What's up
Nmu
Me neither
Type a message...

AT&T LTE
4:31 PM
55%
Back
Sorry babe
05/19/2015 @ 7:47 PM
It's ok
05/20/2015 @ 8:40 PM
Hey
Hey
What's up
Nmu
Me neither
Pics?
Type a message...

AT&T LTE
4:30 PM
55%
Back
05/18/2015 @ 6:43 PM
I would not mind you putting your penis in my Anus
Asl?
17 m UK
Damn. 32 m us
That's sad
Tell me about it
Show me that ass anyway
Type a message

AT&T LTE
4:30 PM
55%
Back
Camera
VIRGIN
Hole needs a trim
Camera
Don't trim that!
Type a message...

AT&T LTE
4:30 PM
55%
Back
Don't trim that!
It's hot af!
Type a message...

●●●○○ AT&T LTE 4:30 PM 55%
Back
Have you been fingering?
Nothing has ever been inside
Really!
Yep
Show me your cock
Type a message...

●●●○○ AT&T LTE 4:30 PM 55%
Back
So muscly
You got a mirror to take pics?
Nope sorry
Not loading
Give it time. Hopefully it
Type a message...

●●●○○ AT&T LTE 4:30 PM 55%
Back
Give it time. Hopefully it does
I want to be on my back with my knees up with you ducking me and il be rubbing your muscles
Yes!
Can you do a vid for me?
Of what
Your ass. Moan like I'm fucking you hard
My mic don't work
Ok
Type a message...

●●●○○ AT&T LTE 4:30 PM 55%
Back
Ok
05/18/2015 @ 8:13 PM
Send me the teen vids
Video Kik
You should come to UK
There are a couple guys
Type a message...