```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF KENTUCKY
                    AT LOUISVILLE
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.                      CRIMINAL ACTION NO. 3:15CR-83-DJH

PATRICK NEWMAN                                          DEFENDANT

### MOTION REQUESTING A RECOMMENDATION TO DESIGNATE PATRICK NEWMAN TO A FACILITY CLOSEST TO LOUISVILLE
*ELECTRONICALLY FILED*

Comes the defendant Patrick Newman, by counsel Brian Butler, and hereby moves this Court to recommend Mr. Newman serve his sentence in a facility closest to Louisville, Kentucky.

WHEREFORE, the undersigned requests that the Court enter the attached Order.

Respectfully submitted,

/S/ Brian Butler

_____
BRIAN BUTLER
Dathorne & Butler, LLC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 594-1802

### CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the Hon. Jo Lawless and other counsel of record.

Respectfully submitted,

/S/ Brian Butler

_____
BRIAN BUTLER