UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                          CRIMINAL ACTION NO. 3:15CR-83-DJH

PATRICK NEWMAN                                                         DEFENDANT

\*\*\*\*\*

**ORDER**

Defendant Patrick Newman, by counsel, having moved the Court to recommend he serve his sentence a facility closest to Louisville, Kentucky, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Court will recommend in the Court's Judgment that Patrick Newman serve his sentence in a facility closest to Louisville, Kentucky.