UNITED STATES DISTRICT COURT
Western District of Kentucky

EXHIBIT INVENTORY

*FILED 16 JAN 7 PM 12:37*

Case Number: 3:15-cr-83-DJH   Style of Case: USA v Newman
Received from: D. Legg   Received by: [signature] for M.S.A.C. by John [signature]   Date: 1-6-2016

Proceedings: Sentencing

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| Gov 1-16 | Sealed | Def 1 | ✓ Abstract re MnSOST-3 |
| 17 | ✓ letter | 2 | ✓ Abstract re Static 2002-R |
|  |  | 3 | ✓ Abstract re Static-99 |

NOTES: _____

DISPOSITION OF EXHIBITS:

ITEMS: _____
RECEIVED BY: _____   DATE: _____
RETURNED BY: _____   DATE: _____
ITEMS: _____
RECEIVED BY: _____   DATE: _____
RETURNED BY: _____   DATE: _____
ITEMS: _____
RECEIVED BY: _____   DATE: _____
RETURNED BY: _____   DATE: _____
ITEMS: _____
RECEIVED BY: _____   DATE: _____
RETURNED BY: _____   DATE: _____

OTHER DISPOSITION: _____
DATE: _____   RETURNED BY: _____, Deputy Clerk