UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                  Plaintiff,

v.                                                                          Criminal Action No. 3:15-cr-83-DJH

PATRICK NEWMAN,                                                                                        Defendant.

\* \* \* \* \*

## ORDER

Defendant Newman moved to seal his response to the Presentence Investigation Report. (Docket No. 27)  In light of the sentencing hearing held on January 6, 2016, (*see* D.N. 34), and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant's motion (D.N. 27) is **DENIED** as moot.

January 13, 2016

**David J. Hale, Judge**
**United States District Court**