USDC KYWD 245B (12/04) Sheet 2 - Imprisonment

Judgment-Page 4 of 8

DEFENDANT: Newman, Patrick
CASE NUMBER: 3:15-CR-83-1-DJH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of three hundred sixty (360) months as to Counts 1, and 3-17 of the Information; five hundred four (504) months as to Count 2 of the Information, two hundred forty (240) months as to Count 18 of the Information, and one hundred twenty (120) months as to Count 19 of the Information, which shall be served CONCURRENTLY, for a TOTAL of five hundred four (504) months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ A.M. / P.M. on _____

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ Before 2:00 p.m. on _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

FILED
JIMMY CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF KY
16 MAR 31 PM 5:03

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _3 MAR 16_ To _FCC TCN_

at _5pm_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _J. Maddaluzo CSO_
Deputy U.S. Marshal