

FILED US
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

Page 2

**17 JAN 30 PM 12:13**

### MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

### SENTENCE BY A PERSON IN FEDERAL CUSTODY

3:17-CV-57-DJH

| **United States District Court** | District  District Of Kentucky | |
|---|---|---|
| Name (under which you were convicted): PATRICK NEWMAN | | Docket or Case No.: 3:15-CR-83-DJH |
| Place of Confinement: Federal Correctional Complex And USP Tucson | | Prisoner No.: 15960-033 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v | PATRICK NEWMAN | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court, For The District Of Kentucky, Louisville Division
   _____
   (b) Criminal docket or case number (if you know): 3:15-CR-83

2. (a) Date of the judgment of conviction (if you know): August 19, 2015
   (b) Date of sentencing: January 6, 2015

3. Length of sentence: Total 504 Months

4. Nature of crime (all counts): 16 Counts @ 18 U.S.C. § 2251 (a) "Production Of Child Porn"
   1 Count @ 18 U.S.C. § 2252 Transportation And Distribution Of Child Pron.
   1 Count @ 18 U.S.C. § 2422 On Line Enticement //Posession Of Child Porn.
   _____
   _____
   _____

5. (a) What was your plea? (Check one)
   (1)  Not guilty ☐          (2)  Guilty ☒          (3)  Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____
   _____
   NONE
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☒

Page 3

8. Did you appeal from the judgment of conviction?          Yes ☐          No ☒

9. If you did appeal, answer the following:

   (a) Name of court: _____ None _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: _____

   _____ None _____

   _____

   _____

   _____

   _____ None _____

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐ No ☒

     If "Yes," answer the following:

     (1) Docket or case number (if you know): _____

     (2) Result: _____

     _____ None _____

     (3) Date of result (if you know): _____

     (4) Citation to the case (if you know): _____

     (5) Grounds raised: _____ None _____

     _____

     _____ None _____

     _____

     _____ None _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

   Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a)  (1) Name of court: _____ None _____

     (2) Docket or case number (if you know): _____

     (3) Date of filing (if you know): _____

     (4) Nature of the proceeding: _____ None _____

     (5) Grounds raised: _____

_____

_____

_____

_____ None _____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ❑  No ❑

(7) Result: _____ None _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____ None _____

_____

_____

_____

_____

_____

_____ None _____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?      None

(1) First petition:      Yes ❑  No ☒

(2) Second petition:      Yes ❑  No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
    Did not know that a Appeal was available

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**   Wether Or Not The District Court Erred In Accepting Defendants Open Plea Of Guilty To Violation Of 18 U.S.C. § 2422 (b)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

On August 19, 2015, defendant plead Guilty to violating 18 U.S.C. 2422(b), and 2422 states that in order to be convicted for the offense the Court must find (1) That the defendant knowingly persuaded, or indiced, or enticed, or coerced anyone under the age of 18 to: (2) That the means was used to facilitate; (3) Knowingly for the purpose of a illegal sex act . The Court however did not produce evidence of what crime from the State, was illegal, which if he was in the state he would be charged. And was not specific as to what charge they were refering to in the indictment. Nor the State Offence.

_____
_____
_____
_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏  No ❏xx

(2) If you did not raise this issue in your direct appeal, explain why:   Counsel did not file the appeal as the error was due to ineffective assistance in the Counsels, presentment, as there was a confusion as to what the violation was, had counsel knew he would not have plead.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏  No ❏x

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____ None _____

Name and location of the court where the motion or petition was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____ None _____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____ None _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏  No ❏                         None

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____None_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____None_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____Appeal was believed to have been filed on issues before the Court,____

counsel was ineffective in his assistance in communication desire for appeal on this

issue._____

_____

_____

**GROUND TWO:** __WEITHER OR NOT THE DISTRICT COURT ERRED WHEN IT SENTENCED THE DEFENDANT__
__USEING INCORRECT SENTENCING GUIDELINES MANUAL, AND INCORRECT GUIDELINES RANGE.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

____Defendants have a Due Proocess Right to be sentenced to the Correct Statue , and the

correct guidelines range, per the Supreme Court. On August 19, 2015 the Defendant plead

Guilty by the advise of counsel, to a 19 Count Indictment. And no other facts other than

indictment, that read per the statement of facts, and no more issues were presented. Following

the U.S. Parole Office assigned on January 6, 2016, Multipe punishments and a range that was

increased based on the enhancements, that were never plead nor agreed , nor presented before

trial. Which caused incorrect sentencing levels, and incorrect Guidelines Manual being

used._____-see- attached-_____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

____Issue developed after the time for Sentencing was no longer available, it is believed

that the issue if made available at the time of sentencing would have been different.

Page 7

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____NONE_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____NONE_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑                    NONE

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____NONE_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____NONE_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:_____

_____NONE_____

_____

_____

_____

**GROUND THREE:** WETHER OR NOT THE DISTRICT COURT ERRED IN ITS APPLICATION OF A NON PLEAD

ENHANCEMENT OF 3D1.4, and 4B1.5(b)(1)  The Beckles Doctrine

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):_____

The Defendant has a Due Process constitutional right to be sentenced useing facts

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____ N/a _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____ NONE _____

_____

**GROUND FOUR:**   WETHER OR NOT THE DISTRICT COURT ERRED IN ACCEPTING THE DEFENDANTS GUILTY
Plea, TO 16 COUNTS of VIOLATING 18 U.S.C. 2251(a). As They Are Multiplicit. And other issues

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

On August 19, 2015, Defendant, plead in an "Open" Plea (without any agreements), to 16 Counts
of Violating 18 U.S.C. 2251(a). As (1) The  alledged victims took the photo's, and they transmited
the photos, (2) The purpose of the 2251 was not individual photos, but one divice collection
' Issue Of Multiplicity ',  and both the Minor's and the person who was in reciept of the
photo's worked together, trscing the language of ' conspiracy ', in violation of the
' Wharton's Doctrine, and the Iannelli Doctrine.   First  the Court accepted the plea with
the information that followed that,  the victims, themselves took the photo's and without
any request,  who together conspired to transmit them, and conspired together, to create
on device of visual depliections, as the purpose. -see- Memorandum-

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____ Issue developed prior to the  Habeas and After Appeal. _____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____ NONE _____

Docket or case number (if you know): _____

Date of the court's decision: _____

That were not plead to, and which caused unnecessary incorrect use of the Guide-
lines range, the application of the 3D1.4, and 4B1.5(b)(1), was incorrect based on the fact
it was not plead to, and the District Court never presented any supporting facts, for
its proper application, in doing so caused a unnecessary elevation level of the guidelines
that was used to project the petitioner into a Life Sentence.

Counsel was not ineffective in his assistance, as the Level was incorrectly
used and recently discovered incorrect per the Supreme Court.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

NONE

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____ NONE _____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____ NONE _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐                             NONE

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐                             NONE

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____ NONE _____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____ NONE _____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐ No ☐

                            NOEN

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____ NONE _____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____ NONE _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____ The petitioner did not clearly know that he had a clear right to appeal, and

prior to the development of issues, in a everchanging law world, the Petitioner was not

clearly educated in the law, and some of the changes did not develope until after the time

to the Appeal had expired, and pursuant to the Supreme Court Of The United States. Had the

the Petitioner been aware of the information, his desire of a plea would have been different.

13. Is there any ground in this motion that you have **not** previously presented in some federal court?  If so, which

    ground or grounds have not been presented, and state your reasons for not presenting them: _____

      All the grounds presented herein, are either due to the unavailability of the

    action believed to be correct at the time, but now have changed, or the admitted inef-

    fective assistance of Court , Counsel, or private counsel, if any

    _____

    _____

    _____

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the

    judgment you are challenging? Yes ☐   No ☒

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, and the

    issues raised. _____

    _____ NONE _____

    _____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: _____

Brian Butler, Law Offices Of Dawthorn & Butner

_____

(b) At arraignment and plea: _____

600 W. Main Street, Suite 500

(c) At trial: _____ Louisville, Ky 40202 _____

_____

(d) At sentencing: _____

SAME

(e) On appeal: _____

NONE

(f) In any post-conviction proceeding: _____

NONE

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

NONE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court

and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?          Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or

sentence to be served in the future?          Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The date of Conviction was the 6th date of January 2016, and pursuant to the Fed. R. of Civil P. , and -see- also Supreme Court case, Pace v. DiGuglielmo , 544 U.S. 408, 416 125 S. Ct. 1807, 161 L.Ed2d 669 (2005), and see Sanchez - Caseellano, 358 F.3d 424, 428 (6th Cir. 2004),  it is 14 days after the entry of judgment in the Sentencing, which was 20th date of january 2016.   However Petitioner uses the Prison Mail Box Rule, found at 28 CFR § 540.17-18, and the holdings from Houston v. Lack 487 U.S. 266 (1988), as there is a teansition of power in the Bureau Of Prisons, and severe storms between  the states of Kentucky, and Arizona.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

    A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

        (1) the date on which the judgment of conviction became final;

        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: __whatever relief__
__the court may deem necessary__

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on __January 6,__
__2017__ (month, date, year).

Executed (signed) on __January 6, 297__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this
motion. _____
_____
_____

* * * * *

MR. PATRICK NEWMAN
FED. NO. 15960-033
P.O. BOX 24550
UNITED STATES PENITENTIARY
TUCSON, ARIZONA 85734-4550



FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

17 JAN 30 PM 12: 13

 

================================
SPECIAL      LEGAL    MAIL
================================

THE UNITED STATES DISTRICT COURT
DISTRICT OF KENTUCKY
OFFICE OF THE CLERK OF COURT
601 WEST BROADWAY
LOUISVILLE, KY 40202-2238

================================
SPECIAL     LEGAL    MAIL
================================

⇔15960-033⇔
U S District Court
Dist. of KY
601 W Broadway
Clerk of the Court
Louisville, KY 40202-2238
United States