MR. PATRICK J NEWMAN
FED. NO. 15960-033
P.O. BOX 24550
UNITED STATES PENITENTIARY
TUCSON, ARIZONA 85734-4550

FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

17 JAN 30 PM 12:13



========================================
SPECIAL     LEGAL     MAIL
========================================

THE UNITED STATES DISTRICT COURT
DISTRICT OF KENTUCKY
OFFICE OF THE CLERK OF COURT
601 WEST BROADWAY
LOUISVILLE, KY 40202-2238

========================================
SPECIAL     LEGAL     MAIL
========================================

⇔15960-033⇔
U S District Court
Dist. of KY
601 W Broadway
Clerk of the Court
Louisville, KY 40202-2238
United States

