Mr. Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Arizona, 85734-4550

In Re Pro-Se (Until Appointment).

FILED US
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

17 FEB -1 AM 11: 28

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

Louisville Division

| | |
|---|---|
| PATRICK NEWMAN, ) | |
| Petitioner / Defendant, ) | |
| ) | |
| -Vs.- ) | Case No. |
| UNITED STATES, ) | CRIM NO. 3:15 CR 83 -DJH |
| Respondent / Plaintiff, ) | |
| ) | |

MOTION TO CORRECT FILING OF § 2255

WITH A SUPPLEMENTAL PLEADING

AND LEAVE TO DO SO

NOTICE PROOF OF FILING HAS NOT BEEN RECEIVED

Motion To Correct Deficiencies In Motion                      Page 2

2

      COMES NOW, Patrick Newman, In re Pro-Se, moves this Court, for Permission to take leave, to correct deficiencies, in the original § 2255 petition, using a Supplemental Pleading, not to Amend, but to Correct the Pleadings, with permission from this Court to take 60 days to do this, for the reasons stated below.

## I. Introduction

1. Petitioner, is [ Patrick Newman ], Federal Number 15960-083. ( hereinafter referred to as 'Newman'). And Is currently housed, at the Federal Correctional Complex, and United States Penitentiary, located in Tucson, Az.

2. Relevant to this case, the United States is the Plaintiff / but Respondent in this case, and point of Counsel is the United States Attorney Office, for the Western District, in Kentucky.

Motion To Correct Deficiencies In MotionPage 3

3

## II. Cause Of Action

Petitioner is before this Court, relevance is that he was convicted in the above Court, for a series of alleged criminal actions contained in the District Court case, 3:15 CR 83. ( United States v. Newman).

That on or before the 6th date of January, 2017, Newman, filed his § 2255, petition using the Prison Mail Box Rule, of [ Houston V. Lack, 487 U.S. 266 (1988)-]. However days after the filing Newman, noticed that there were serious Deficiencies, in the pleading as filed before the court.

Therefore Newman move this Court for permission in the form of the Fed. R. Civ. P. 10(c), and 15, and any other Rules, either specifically under the pervisions of § 2255, or Civil Procedures, to allow the leave of this Court, to Correct the Deficiencies, and file as a Supplement Pleading to the Court, with a Memorandum to better explain.

Motion To Correct Deficiencies In Motion                                    Page 4

4

      Newman is aware that the Court deems, extensions as a waste of time, and in some instances especially in the Kentucky Circuits, a abuse of time, however because the Deficiencies have been spotted quickly, and can be corrected, moves this Court to allow its power and Grant the Leave necessary, to correct the deficiencies, and as requested 60 days from the date of approval, to correct and re-send, pursuant to the Court orders.

      Finally, Newman filed his pleading on or about the 6th date of January, 2017. To date he has yet to receive a copy, or in alternative proof of filing in the form of the electronic filing, Newman requests that notification be allowed, in this issue.

      Wherefore for the above and foregoing matters, move this Court for permission to correct deficiencies, in the Original Petition, of § 2255, not adding any new arguments, but [s]upplementing the pleadings to include correcting the deficiencies. And the Courts permission to have up to and including 60 days in which to correct the pleadings, and the Courts Leave to do so and any other relief that this Court may deem just in this matter.

Motion To Correct Deficiencies In Motion               Page 5

5

      Entered this [ 26th ], date of [ January ], 20[17].

Respectfully Submitted

Mr. ~~Patrick Newman~~

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Arizona, 85734-4550

CERTIFICATE AND DECLARATION OF SERVICE

---

I Patrick Newman, hereby state that the above and foregoing was placed in the United States Postal Service Postage Pre-Paid, on this [ 26th ] date of [ January ], 201[17]. By placeing the article to be mailed in the hands of a Federal Officer, who inspected the document, and applied postage as necessary, then they delivered the mail to a U.S. Postal Employee, with a copy being delivered to the following, pursuant to the Prison Mail Box Rule, of 28 CFR § 540.17-18, and see [Houston v. Lack, 486 U.S. 266 (1988)-].

The United States Attorney Office for the Western District Of Kentucky, Louisville Division, [ 717 W. Broadway ], Louisville Kentucky, 40202 { AUSA Ju E. Lawless}.

Respectfully Mailed
Mr. Patrick Newman    Fed. No. 15960-033

