N.E.W.M.A.N._____

Mr. Patrick Newman ... Fed. No. 15960-033 ........

P.O. Box 24550 ... United States Penitentiary ....

Tucson, Arizona ... 85734-4550



[ January 26, 2017 ]


In The United States District Court

For The Western District Of Kentucky

The Louisville Division

Office Of The Clerk Of The Court

601 West Broadway

Louisville, Kentucky 40202-2238


R.E; Patrick Newman v. United States, New Case No.
Crim No. 3:15-CR-83 -DJH·

     Clerk;

        Greetings from the Federal Correctional Complex, and United States Penitentiary, in Tucson. I hope this cover letter finds you in good health. Enclosed you will find the ' Original ', and 1 Copy of the above and foregoing action. Please File and return notification, or electronic filing receipt, please note, All filings are made using the Federal Inmate Prison Mail Box Rules, of 28 CFR 540.17-18, and [ Houston v. Lack, 486 U.S. 266 (1988)-].


Respectfully Mailed

Mr. Patrick Newman ...Fed. No. 15960-033