UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PATRICK NEWMAN,                                                                          Movant/Defendant

v.                                                                           Criminal Action No. 3:15-cr-83-DJH

UNITED STATES OF AMERICA,                                                          Respondent/Plaintiff

**ORDER**

Movant Patrick Newman filed a *pro se* "Motion to Correction Filing of § 2255 with a Supplemental Pleading and Leave to Do So" (DN 43). He indicates that he seeks "to correct deficiencies, in the original § 2255 petition, using a Supplemental Pleading, not to Amend, but to Correct the Pleadings."

Although Movant requests to file a "Supplemental Pleading,"[1] the Court construes this motion as a motion for leave to file an amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1), "[b]efore a responsive pleading is served, pleadings may be amended once as a 'matter of course,' *i.e.*, without seeking court leave." *Mayle v. Felix*, 545 U.S. 644, 655 (2005) (citing Fed. R. Civ. P. 15(a)(1)).

Here, no responsive pleading has been filed in this case. Therefore, Movant may amend his § 2255 motion without leave of Court. Consequently,

**IT IS ORDERED** that the motion for leave to amend (DN 43) is **DENIED as unnecessary**.

---

[1] Under Rule 15(d), "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened *after* the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d) (emphasis added). Because Movant does not seek to set out matters happening after the filing of his § 2255 motion, Rule 15(d) does not apply.

**IT IS FURTHER ORDERED** that Movant may file an amended § 2255 motion within **45 days** from entry of this Order.[2] The **Clerk of Court is DIRECTED** to write the instant case number and "Amended" on a Court-supplied § 2255 motion for and send it to Movant.

Date: April 24, 2017

**David J. Hale, Judge**
**United States District Court**

cc: Movant/Defendant, *pro se*
United States Attorney
4415.005

---

[2] Movant requests a 60-day extension, but the Court finds a 45-day extension to be more than sufficient.