Mr. Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Az 85734-4550

In Re Pro-Se (Until Appointment)

---

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

Louisville Division

---

| | |
|---|---|
| PATRICK NEWMAN, ) | |
| Petitioner / Defendant,) | |
| ) | Habeas No: |
| -Vs.- ) | Crim No. 3:15cr83 |
| ) | |
| UNITED STATES, ) | |
| Respondent / Plaintiff,) | |

---

PETITIONER'S SECOND REQUEST FOR LEAVE

TO CORRECT DEFECTIVE § 2255, AND;

MOTION FOR STATUS OF THE CASE

---

Pursuant To Fed.R.Civ.P. Rule 15(c).(d).

Local Rule 5.1

Second Motion Status, Request For Leave.        Page 2

---

    Comes Now, Patrick Newman, Fed. No. 15960-033, In re Pro-Se, moves this Court, for permission to correct a [D]efective [P]leading, the §2255 and permit a Supplemental Memorandum, and the Leave to Do so, this is a second request.

    That On or about the 26th date of January, 2017, But prior to the Antiterrorism And Death Penalty Act deadline (aka AEDPA one year), Petitioner filed a Original Petition for a § 2255.

    Petitioner Newman, makes this motion at this time because, Petitioner has learned after the mailing of the Original Pleading, of the existence of facts and additional facts that merit the assertion of additional theories of relief, or justice which requires that the Petitioner be given an opportunity to correct the defects in his Original Pleading.

    Pursuant to the Federal Rules Of Civil Procedure ( hereinafter Fed.R.Civ.P.), Rule 6, and pursuant to the Mail Box Rule,.

Second Motion Status Request For Leave.        Page 3

of, [ United States v. Smotherman, 838 F.3d 736, 737 (6th Cir. 2016)-]-quoting- [ Houston v. Lack, 487 US 166, 276 (1988)-], the petition was timely filed in this Court.

Since the filing the Petitioner has yet to hear anything from this Court, Petitioner has not received the New Case Number, a copy of the pleading, or notification, or anything from this Court. -see- Fed.R.Civ.P. Rule 77, 79(a)(b).

Newman (the Petitioner), had in the previous pleading, following the filing of the §2255, Petitioner had asked the Court for the permission for leave, to file a Supplemental Pleading, or Memorandum as the Original pleading contains errors in the documents that will cause this court confusion and perhaps a dismissal, and without permission will cause a manifest of injustice.

A request for 60 days , from the date the District Court Judge decides and "Grants", the permission to take the Leave.

_____

Because Newman is aware that this Court must "Grant", permission to take leave, prior to the Amendment or Supplement to any pleadings.

Newman simply and respectfully asks the Court for the permission to Correct a defective §2255 pleading, and Supplementing with a Memorandum, and nothing more. -see- [ Bruno v. Donat, 2011 US. Dist. LEXIS 6143 (S.D. Ohio 2016)-], -and see- [ United States v. Gibson, 424 Fed. Appx. 461, 463 (6th Cir. 2011)-]., -quoting- [ Mayle v. Felix, 545 US 644, 664; 125 S.Ct. 2562, 2574; 162 L.Ed2d 582 (2005)-], -and- [ Pinchon v. Meyers, 615 F.3d 631, 642 (6th Cir. 2010)-].

Newman is asking this Court for a [M]inute type of Order, to allow him to file a Supplemental, or Amended Pleading, and Memorandum, that does not change the facts, nor the claims, but corrects the discrepancies, of the Original Pleading, -see- Fed.R.Civ.P. Rule 15(a-c).

Second Motion Status, Request For Leave.          Page 5

---

      Wherefore for the above and foregoing reasons move this Court for (1) Proof of the §2255 Pleading and its filing, and The Minute Order seeking Permission to take Leave to Supplement the Pleading including a Memorandum, and any other relief that the Court in its waiting deems just at this time.

Entered this 2nd date of May 2017.

Mr. Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Az 85734-4550

Second Motion Status, Request For Leave.          Page 6

---

## CERTIFICATE AND DECLARATION OF SERVICE

---

I, Mr. Patrick Newman, hereby state that the above and foregoing was placed in the United States Postal Service, postage prepaid, on this [ 2nd ], date of [ May ], 201 [ ]. By placing the article to be mailed in the hands of a Federal Officer, who inspected the document, and applied postage as necessary, then delivered the mail to a US. Postal Employee, with a copy being delivered to the following pursuant to the Prison Mail Box Rule, of 28 CFR § 540.17-18, -see- [ United States v. Smotherman, 838 F.3d 736,737 (6th Cir. 2016)-]- quoting - [Houston v. Lack, 487 US 266, 276 (1988)- ].

The United States Attorney Office, for the Western District Of New York, Louisville Division, 601 West Broadway, Louisville, Ky 40202-2238

28 USC 1746

Mr. Patrick Newman

Fed. No. 15960-033