C.O.V.E.R. ... L.E.T.T.E.R. ................................

Mr. Patrick Newman ... Fed. No. 15960-033

P.O. Box 24550 ... United States Penitentiary

Tucson, Az ... 85734-4550

May 2, 2017

United States District Court

For The Western District Of Kentucky

Office Of The Chief Clerk

601 W. Broadway, Suite 106

Louisville, Ky 40202-2238

R.E. United States v. Patrick Newman

Crim No. 3:15cr83, Habeas Filing; Pending Motions

    Clerk, Greetings from the Federal Correctional Complex, and United States Penitentiary Of Tucson. I hope that this letter finds you in good health, and safe from the bad wether. Enclosed you will find the Original and One Copy of the above and foregoing matter. Please note that the filing was done using the "Prison Mail Box Rule", -see- [ Houston v. Lack, 487 US. 266 (1988)-], Please send proof of filing.

Mr. Patrick Newman

Fed. No. 15960-033

