Mr Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Az 85734-4550



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

Louisville Division

```
PATRICK NEWMAN,              )
  Petitioner / Defendant,)
                             )
    -Vs.-                    ) Case No: 3:15-CR-83 -DJH
UNITED STATES,               )
  Respondent / Plaintiff,)
                             )
                             )
                             )
```

MOTION FOR EXTENSION OF TIME

TO FILE SUPPLEMENTAL PETITION AND MEMORANDUM

Fed.R.Civ.P. Rule 6(b)(1).

Motion For Extension Of Time,                           Page 2

    Comes Now, Patrick Newman, In re Pro-Se, move this Court seeking an extension of time to file a Supplemental Petition, and Memorandum, from the previously granted motion. Newman asks this Court for up to and including 30 days, of receipt of this motion for the reasons that follow;

## I. Introductions

1. Petitioner is Patrick Newman, Fed. No. 15960-033, and is currently housed at the Federal Correctional Complex, and United States Penitentiary, located at Tucson, Arizona. -see- (¶ Cover Sheet). Newman can be processed served at the above address.

2. The Respondent is the United States, by and through the United States Attorney's Office, 601 W. Broadway, Louisville, Ky. 40202-2238.

Motion For Extension Of Time,                                    Page 3

## II. Cause Of Action

3. On the 24th date of April, 2017. Mr. Newman was Granted by the United States District Court Judge, the permission to Supplement the Petition, and include a Memorandum. The Pleadings were to be filed in the Court no later than 45 days from the Ruling of the Court, the date being June 11, 2017.

4. Mr. Newman claims that he is pursuing his rights, he believes is owed, diligently. But the Bureau Of Prisons allows the priveldge to use the Law Library Equipment, and that because of the Summer Months, combined with a Flu out break in the prison, to Newman and other Prisoners, he is unable to complete the necessary filings.

5. The Court has allowed Newman permission, perceived, but that he will not be able to finish, in the time allowed.

6. Mr. Newman is well aware that the District Court does not favor extensions of time, but if not for the restricted time to prepare documents, and the time needed to comply with the Court, soon arriving, Newman will be finished.

7. Further Newman will have to secure the copies, and the necessary postage, and again with the summer months and the staff who are not available , it is necessary that I ask for an extension of time to complete the documents as requested.

8. There have been no previous extensions requested, and none yet granted by this court.

9. Mr. Newman asks for up to and including, late July calendar to complete the "Supplemental" Petition with Memorandum.

Wherefore for the above and foregoing reasons move this Court for up to and including July 30th , 2017 or any other late July date and any other relief that this Court deems Just.

Entered this 8 date of June 2017.

Mr. Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Az 85734-4550

Motion For Extension Of Time,                          Page 6

Certificate Of Mailing / Declaration

CERTIFICATE AND DECLARATION OF SERVICE

---

I, Patrick Newman, hereby state that the above and foregoing was placed in the United States Postal Service Postage Pre-Paid, on this [8th] date of [ June ], 20[7]. By placing the article to be mailed in the hands of a Federal Officer, who inspected the documents, and applied postage as necessary, then they delivered the mail to a U.S. Postage Employee, with a copy being delivered to the following, pursuant to the Prison Mail Box Rule, of 28 CFR § 540.17-18, and see [ Houston v. LAck, 487 US. 266 (1988)-]. A copy was generated to the following;

The United States Attorney Office, Louisville Division, 601 West Broadway, Louisvile Kentucky, 40202

Mr. Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Az 85734-4550

