C.O.V.E.R. ... L.E.T.T.E.R. .................................

Mr. Patrick Newman Fed. No. 15960-033

P.O. Box 24550, United States Penitentiary,

Tucson, Az 85734-4550

[ June 8, 2017 ]

FILED
VANESSA L. ARMSTRONG
JUN 1 6 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

The United States District Court

For The Western District Of Kentucky

Office Of The Clerk Of The Court

601 West Broadway

Louisville, Kentucky 40202-2238

R.E.: Patrick Newman v. United States,

Crim No. 3:15-CR-83 -DJH

    Clerk;

        Greetings from the Federal Correctional Complex,

and United States Penitentiary, in Tucson. I hope this cover

letter finds you in good health. Enclosed you will find the

Origional, and 1 copy of the above and foegoing action, Please

file and return notification, or electronic filing reciept, pl

ease note, all filings are made useing the Federal Inmate

Prison Mail Box Rule, of 28 CFR 540.17-18, and Houston v.

Lack, 487 U.S. 266, (1988).

Respectfully Mailed

Mr. Patrick Newman Fed. No. 15960-033