UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PATRICK NEWMAN, Movant/Defendant,

v. Criminal Action No. 3:15-cr-83-DJH

UNITED STATES OF AMERICA, Respondent/Plaintiff.

\* \* \* \* \*

**ORDER**

Movant Patrick Newman filed a *pro se* "Motion to Correction Filing of § 2255 with a Supplemental Pleading and Leave to Do So" (DN 43). By Order entered April 24, 2017, the Court construed the motion as a motion for leave to file an amended 28 U.S.C. § 2255 motion and denied the motion as unnecessary because Rule 15(a)(1) of the Federal Rules of Civil Procedure allows amendment, once as a matter of course, prior to service of a responsive pleading. The Court provided Movant with 45 days from entry of the Order within which to file an amended § 2255 motion. Shortly after entry of the Court's April 24, 2017, Order, Movant filed a "Second Request for Leave to Correct Defective § 2255" (DN 45). The second motion is almost identical to the first motion to correct/amend. More recently, on June 8, 2017, Movant filed a motion for extension of time to file his amended § 2255 motion, referencing the Court's April 24, 2017, Order that already granted him a 45-day extension.

Upon consideration, because Movant's second motion to correct apparently crossed in the mail with the Court's Order granting Movant's first motion, **IT IS ORDERED** that Movant's second motion to correct (DN 45) is **DENIED as moot**.

     **IT IS FURTHER ORDERED** that Movant's motion for extension of time (DN 46) to file his amended § 2255 motion is **GRANTED**. Movant shall file his § 2255 amended motion no later than **30 days** from the entry date of this Order. **No further extensions will be granted**.

Date: June 29, 2017

cc:    Movant/Defendant, *pro se*
        United States Attorney

4415.005

                                          **David J. Hale, Judge**
                                    **United States District Court**