Mr. Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Az 85734-4550

In Re Pro- Se



---

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

Louisville Division

---

PATRICK NEWMAN,                )

  Petitioner / Defendant,)

                         )

    -Vs-              ) Case No. 3:15-cr-83-DJH

UNITED STATES,                 )

  Respondent / Plaintiff,)

                         )

                         )

---

MOTION FOR EXTENSION OF TIME

TO COMPLETE WITH COURT ORDERS AND

LEAVE TO DO SO

---

(Fed. R.Civ. P. Rule 6)

Extension Of Time                                    Page 2.


        COMES NOW, Patrick Newman, Fed. No. 15960-033,
Petitioner in re Pro - Se, moves this Court for an Extension
Of Time, for up to and including September 1, 2017, and leave
to do so, for extraordinary reasons, that are beyond the
control of the Petitioner,


        1. Petitioner is a Prisoner of the Federal
Correctional Complex, and United States Penitentiary, located
in Tucson, AZ. (see ¶ Cover).


        2. As a prisoner, petitioner must complete all of his
Legal Activities, at the Prison Legal Library, located within
the Prison, access is limited to the morning, and afternoons,
and limited in time.


        3. Currently as of the date of this filing, the Law
Library Copier is not up, the Petitioner has in his possession
the Amended Petition, and a Memorandum to assist in his argume
nts, again Supplemental and without any new claims. As Ordered
by the Court.

Extension Of Time                                    Page 3.

4. The Prison has purchased a new copier, for the prison, and because of security concerns, a safety cage, and other security features, must be fitted on the copier, to protect the staff and the inmates, from the loose parts, and other items that could be used as weapons.

5. By the time the Court receives this motion the fitting should be completed, but current lock downs, and staff summer vacations have delayed the access to the copier, which is a purchase copier where a prisoner must pay for the copies.

6. Because of the volume that is not unusually large, but limited by the BOP, to availability of staff, Petitioner wishes to post pone the deadline to the 1st of September, 2017, in which to complete.

7. Petitioner problems is beyond the control of the inmate, he is attempting to comply with the copies necessary, and the availability. Such as this device, which is a computer type of device, copies can be generated. But is not permitted by staff.

Extension Of Time                           Page 4.


     8. The delay is Extraordinary because it is beyond the
control of inmates, and the Government is in full control of
this action. And the delay is small.



     Wherefore for the above and foregoing reasons move
this Court for a extension of time of up to and including
September 1, 2017, and the leave to do so, and any other
relief that this Court deems just in this matter, no other
extensions will be needed absent any Emergency by the Prison.


     Entered this 27 date of July 2017.


RESPECTFULLY SUBMITTED;


Mr. Patrick Newman

Fed. No. 15960-033

P.O. Box 24550

United States Penitentiary

Tucson, Az 85734-4550

In Re Pro- Se

Extension Of Time                          Page 5.

Certificate And Declaration Of Service


                CERTIFICATE AND DECLARATION OF SERVICE

                ───────────────────────────────────────────


        I, Patrick Newman, here by state that the above and

foegoing was placed in the United States Postal Service

Postage, on this [   27   ], date of July 2017, By

depositing the article to be mailed in the hands of a U.S.

Prisons authority, who inspected the mail, x- rayed, and other

security features, then delivered the article to be mailed to

the U.S. Postal Service, Pursuant to the Prison Mail Box Rule,

of [ Houston v. Lack, 487 US 266 (1988)-], with a Copy to be

generated to the address below.


The United States Attorney Office, Louisville Division, of the

Western District of Kentucky, 601 West Broadway, Suite 106,

Louisville Ky, 40202 .


Respectfully Submitted


Mr. Patrick Newman

Fed. No. 15960-033

Mr. Patrick Newman
Fed No. 15960-033
P.O. Box 24550
United States Penitentiary
Tucson, Az, 85734-4550

LEGAL
MAIL

FILED
VANESSA L. ARMSTRONG
AUG 14 2017
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

40202-222731

⇔15960-033⇔
U S District Court
Dist. of KY
601 W Broadway
Clerk of the Court
Louisville, KY 40202-2238

PHOENIX AZ

United States District Court
Western District of Kentucky
Office of Clerk
oos W. Broadway, Suite 106
Louisville, Ky 40202 - 2238

FOREVER  USA
FOREVER  USA