C.O.V.E.R. ............................................

Mr. Patrick Newman ... Fed. No. 15960-033

P.O. Box 24550 ... United States Penitentiary ...

Tucson, Az ... 85734-4550 ...

FILED
VANESSA L. ARMSTRONG
AUG 1 4 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

July     , 2017


The United States District Court

For The Western District Of Kentucky

Louisville Division

Office Of The Clerk Of The Court

601 West Broadway, Suite 106

Louisville Ky, 40202-2238


R.e.: Case No. United States v. Patrick Newman

3:15-cr-83-DHJ "Filing Pleading"

   Clerk,

    Greetings from the Federal Correctional Complex, and United States Penitentiary, located in Tucson. Enclosed you will find the Original and [ ] copies of the above and foregoing action, please note the filing is pursuant to the Prison Mail Box Rule, of Houston v. Lack 487 US. 266 (1988). Please Notify me when filed.


Respectfully Submitted

Patrick Newman

Fed. No. 15960-033