# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court    Western | District Of Kentucky |
|---|---|
| Name (under which you were convicted):<br>PATRICK NEWMAN | Docket or Case No.:<br>3:15CR-00083-DJH |
| Place of Confinement:<br>Federal Correctional Complex & USP TUCSON | Prisoner No.:<br>3:15-CR-83-DJH |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted)<br>PATRICK NEWMAN |

v.

## ***AMENDED*** MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   The United States District Court, For the Western District Of Kentucky, Louisville Division

   (b) Criminal docket or case number (if you know):   3:15-cr-83

2. (a) Date of the judgment of conviction (if you know):
   August 19, 2015

   (b) Date of sentencing: January 6, 2015

3. Length of sentence:   Total 504 Months

4. Nature of crime (all counts):
   16 Counts @ 18 U.S.C. § 2251 (a), "Production Of Child Porn"
   1 Count   18 U.S.C. 2252 "Transportation and Distribution / And;
   1 Count   18 U.S.C. 2422 "On Line Enticement / Posession Of Child Porn.

5. (a) What was your plea? (Check one)

   (1)   Not guilty ❑          (2)   Guilty ☒☒☒          (3)   Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to?

   NONE

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ❑        Judge only ❑

   NONE

Page 2

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ❑     No ☒

8.  Did you appeal from the judgment of conviction?     Yes ❑     No ☒

9.  If you did appeal, answer the following:

    (a) Name of court:     NONE

    (b) Docket or case number (if you know):

    (c) Result:     NONE

    (d) Date of result (if you know):

    (e) Citation to the case (if you know):

    (f) Grounds raised:     NONE

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ❑     No ☒

        If "Yes," answer the following:

        (1) Docket or case number (if you know):

        (2) Result:     NONE

        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

        (5) Grounds raised:     NONE

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ❑     No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):     NONE

        (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:                                    NONE



                                                       NONE



(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?     Yes ❑  No ❑

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):              NONE

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:


                                                       NONE




(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?     Yes ❑   No ❑

(7) Result:                                            NONE

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:      Yes ❑   No ❑

(2)  Second petition:    Yes ❑   No ❑

Page 4

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly

why you did not:   Counsel was not aware of the issue, and issue was new per the Supreme
Court's ruling, Ineffective Assistance is not yet determined, however if it was not for
the error, and had the Defendant known of the error,  he would have not plead.

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States.  Attach additional pages if you have more
than four grounds.  State the facts supporting each ground.

**GROUND ONE:** Whether Or Not The District Court Erred In Accepting Defendants Open
Plea Of Guilty, To Violation 18 U.S.C. § 2422(b)

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
On  August 19, 2015, Defendant plead Guilty to violation 18 U.S.C. 2422 (b), and 2422 states
that in order to be convited for  the offense the Court must find (1) That the defendant
Knowingly persuated, or induced, or enticed, or coerced anyone under the age of 18 to:
(2) That the means was used to facilitate; (3) Knowingly for the purpose a illegal sex
act; The Court however did not produce evidence of what crime from the State was illegal,
which if he was in that State , was illegal, which if he was in the State he would be
charged. And was not specifica as to what charge they were refering to in the indictment.
Nor The State Offence.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:  Counsel did not file
the Appeal as the error was not due to ineffective assistance of Counsel, presentment,
as there was confusion as to what the violation was, had counsel krew he would not have
plead.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

NONE

Docket or case number (if you know):

Date of the court's decision:                              NONE

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

   Yes ❏   No ❏                                    NONE

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❏   No ❏                                  NONE

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

                                        NONE

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: Appeal was believed to have been filed on issues before thye Court counsel
was   ineffective in his assistance in communicating desire for appeal on this issue


**GROUND TWO:** WHETHER OR NOT THE DISTRICT COURT ERRED WHEN IT SENTENCED THE DEFENDANT
USEING INCORRECT SENTENCING GUIDELINES MANUAL, AND THE INCORRECT GUIDELINES RANGE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Defendants have a Due Process right to be sentenced to the Correct Sentencing Guidelines, And
Range, pursuant to the Supreme Court of the United States, On the 19th date of August 2015.
The Defendant plead Guilty to the advise of Counsel, to a 19 Count indictment. And no other
facts were included in any factual proffers, it was just the base offence. Following the
U.S. Parole Office, assigned in the PSI, sentencing factors, that the United States was
not required to prove at the Plea Hearing, on Jan 16, 2016. The Court illegally pursuant
to the plain reading of the Supreme Court of the United States opinions, state clearly,
that Multiple Punishments, Incorrect Factual Calculations useing the Enhancements, and the
Violations of the Supreme Court Doctrin contained in the Wharton's Rule, were violated.
-see attached- Memorandum

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

NONR

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏    No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

NONE

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

NONE

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏    No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏    No ❏

NONE

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏    No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

NONE

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

NONE

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Pursuant to the Supreme Court Opinion found in  **Beckles** v. United States
    US.    ; 137 S,ct 886 / 197 L.Ed2d 145 (2017)
The Supreme Court determined that the issue is for pre-Bokker
line of cases, rather than after Booker, dealing with mandatory
Sentencing Issues    This Issue is withdrawn

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ❑

(2) If you did not raise this issue in your direct appeal, explain why:

NONE

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑    No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

NONE

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  NONE

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

                      NONE

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

             NONE


**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

             NONE

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:

NONE

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

NONE

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

NONE

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑    No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑    No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑    No ❑

NONE

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

NONE

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

NONE

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

NONE

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ❏   No ❏
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

NONE

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing:

Brian Butler, Law Offices Of Dawhorn & Butner
(b) At arraignment and plea:

600 W. Main Street, Suite 500       Louisville, Ky 40202
(c) At trial:


(d) At sentencing:

Same

(e) On appeal:

SAME

(f) In any post-conviction proceeding:

SAME

(g) On appeal from any ruling against you in a post-conviction proceeding:

SAME

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
bar your motion.*

The date of Conviction was the 6th date of January 2016, and pursuant
to Fed. R. Civ. P., and -see also- Pace v. DiGuglielmo, 544 US.
408, 416/ 125 S.Ct. 1807/ 161 L.Ed2d 669 (2005). and see Sanchez
v. Casellano, 358 F.3d 424, 428 (6th Cir. 2004), it is 14 days
from the entry of judgment in the sentencing, which was 20th date
of January 2016. However Petitioner uses the Prison Mail Box
Rule of Houston v. Lack 487 US. 266(1988_)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period
   shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in
      violation of the Constitution or laws of the United States is removed, if the movant was
      prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if
      that right has been newly recognized by the Supreme Court and made retroactively
      applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been
      discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Petitioner prays for evidence hearing, and Relief of Reversal
And any other relief that this Court may deem. just in this matter

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)
Patrick Newman

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year).

Executed (signed) on ___July  28, 2017___ (date).

_____

Signature of Movant
Patrick Newman

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion.