C.O.V.E.R. ... L.E.T.T.E.R........................................

Mr. Patrick New Newman ... Fed. No. 15960-033 ...

P.O. Box 24550 ... United States Penitentiary ...

Tucson, Az 85734-4550 ...

August 9, 2017

The United States District Court

For The Western District of Kentucky

Office Of The Clerk Of The Court

601 West Broadway, Suite 106

Louisville, Ky 40202-2238

R.E. United States v. Newman, 3:15-cr-83-DJH

       Clerk Of Court;

            Greetings from the Federal Correctional Complex and United States Penitentiary, located in Tucson, Az, I hope this letter finds you in good health. Enclosed you will find an Origional and [ 1 ] cop(ies), of the above styled action, please sent proof of filing, and please take notice that the action was filed useing the Prison Mail Box Rule, -see- [ Houston v. Lack, 487 US. 266 (1988)-].

Respectfully Mailed By;

Mr. Patrick Newman

Fed. 15960-033