UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PATRICK NEWMAN,                                                                  Movant/Defendant,

v.                         Criminal Action No. 3:15-cr-83-DJH

UNITED STATES OF AMERICA,                              Respondent/Plaintiff.

\* \* \* \* \*

## ORDER

Movant/Defendant Patrick Newman filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Docket No. 42) and an amended § 2255 motion (DN 49). On initial consideration of the § 2255 motions pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts,

**IT IS ORDERED that the United States shall file its answer to the § 2255 motion (DN 42) and the amended § 2255 motion (DN 49) within 21 days from entry of this Order.** *See* Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. **Movant may file a reply memorandum within 21 days from service of the United States's answer.**

This matter is **referred to Magistrate Judge Colin H. Lindsay** pursuant to 28 U.S.C. § 636(b)(1)(A) & (B) for rulings on all non-dispositive motions; for appropriate hearings, if necessary; and for findings of fact and recommendations on any dispositive matter.

The Clerk of Court is **DIRECTED** to mail Movant a copy of the *Pro Se* Prisoner Handbook.

Date: September 14, 2017

                                                                        **David J. Hale, Judge**
                                                               **United States District Court**

cc:    Movant/Defendant, *pro se*
       United States Attorney
       Magistrate Judge Lindsay
4415.005