UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PATRICK NEWMAN,                                                            Movant/Defendant,

v.                                                 Criminal Action No. 3:15-cr-83-DJH

UNITED STATES OF AMERICA,                          Respondent/Plaintiff.

\* \* \* \* \*

### ORDER

On August 14, 2017, Movant filed a motion for extension of time in which to file an amended 28 U.S.C. § 2255 motion (Docket No. 48). He sought an extension to September 1, 2017, arguing extraordinary circumstances beyond his control because the facility in which he is incarcerated purchased a new copier that needed to be fitted with a safety cage before use. Three days after Movant filed his motion for extension, the Clerk of Court received his amended § 2255 motion for filing (DN 49).

The United States having filed no objection and the Court finding good cause,[1]

**IT IS ORDERED** that the motion for extension (DN 48) is **GRANTED**.

Date: September 14, 2017

**David J. Hale, Judge**
**United States District Court**

cc:     Movant/Defendant, *pro se*
        United States Attorney
4415.005

---

[1] By Order entered June 29, 2017 (DN 47), the Court granted a motion for extension of time and directed that no further extensions would be granted. In light of the asserted circumstances beyond Movant's control, however, the Court finds good cause for the instant extension.