UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICK NEWMAN                                MOVANT/DEFENDANT

                                                   CIVIL ACTION NO. 3:17CV-57-DJH
*vs*.                                CRIMINAL ACTION NO. 3:15CR-83-DJH

UNITED STATES OF AMERICA                  RESPONDENT/PLAINTIFF

*– Filed electronically –*
**MOTION FOR AN EXTENSION OF TIME**

       Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for an extension of time within which to file its response to Patrick Newman's *pro se* motion to vacate pursuant to 28 U.S.C. § 2255. At least one issue raised in the amended motion concerns his pleas of guilty. A transcript of the change of plea hearing is necessary to respond to the motion. Up to this point, no transcript had been prepared. Counsel for the United States ordered the transcript today and asks that the time for response be extended until after the filing of said transcript.

       The instant motion is not presented for any improper purpose. There is no intent to unnecessarily delay resolution of the issues before the Court. Therefore, it is respectfully requested that the deadline for filing a response to the 2255 supplement be extended to 21 days after the filing of the change of plea transcript.

                                       Respectfully submitted,

                                       JOHN E. KUH, JR.
                                       United States Attorney

                                       */s/ Jo E. Lawless*
                                       Jo E. Lawless
                                       Assistant United States Attorney
                                       717 West Broadway
                                       Louisville, Kentucky 40202
                                       (502) 625-7065
                                       (502) 582-5097 (Fax)

Certificate of Service

    I hereby certify that a copy of the foregoing motion was mailed on September 19, 2017 to the following:

    Patrick Newman
    Inmate Number 15960-033
    P.O. Box 24550
    United States Penitentiary
    Tucson, Arizona 85734-4550

    /s/ *Jo E. Lawless*
    Jo E. Lawless
    Assistant United States Attorney