UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICK NEWMAN                                                                              MOVANT/DEFENDANT

                                                                                          CIVIL ACTION NO. 3:17CV-57-DJH
vs.                                                                                  CRIMINAL ACTION NO. 3:15CR-83-DJH

UNITED STATES OF AMERICA                                                          RESPONDENT/PLAINTIFF

### ORDER

This matter is before the Court on motion of the United States of America for an extension of time within which to file its response to Patrick Newman's *pro se* motion to vacate pursuant to 28 U.S.C. § 2255.  **IT IS ORDERED** that the motion is **GRANTED**.   The United States' response shall be filed within 21 days after the filing of the change of plea hearing transcript.

1