UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICK NEWMAN											MOVANT/DEFENDANT

												CIVIL ACTION NO. 3:17CV-57-DJH
vs.												CRIMINAL ACTION NO. 3:15CR-83-DJH

UNITED STATES OF AMERICA									RESPONDENT/PLAINTIFF

### ORDER

This matter is before the Court on motion of the United States of America for an extension of time within which to file its response to Patrick Newman's *pro se* motion to vacate pursuant to 28 U.S.C. § 2255.   **IT IS ORDERED** that the motion is **GRANTED**.   The United States' response shall be filed within 21 days after the filing of the change of plea hearing transcript.