UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                        CRIMINAL ACTION NO. 3:15CR-83-DJH

PATRICK NEWMAN                                                                                    DEFENDANT

ORDER

Defendant Patrick Newman, having filed a Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, the United States having responded, and the Court being duly and sufficiently advised,

**IT IS HEREBY ORDERED** that the defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 be and hereby is **DENIED**.