UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,    Plaintiff,

v.    Criminal Action No. 3:15-cr-83-DJH

PATRICK NEWMAN,    Defendant.

\* \* \* \* \*

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (3), this matter is **REFERRED** to Magistrate Judge Lanny King for resolution of all nondispositive motions; for appropriate hearings, if necessary; and for findings of fact and recommendations on dispositive motions.

November 20, 2018

**David J. Hale, Judge**
**United States District Court**