UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICK NEWMAN                                                                  MOVANT/DEFENDANT

vs.                                                              CRIMINAL ACTION NO. 3:15CR-83-DJH
                                                                 CIVIL ACTION NO.:    3:17CV-57-DJH

UNITED STATES OF AMERICA                                                        RESOPNDENT/PLAINTIFF

## **ORDER**

This matter is before the Court on motion of the United States of America to reconsider its Opinion and Order filed on December 11, 2018 (DN 58). For the reasons set forth more fully in the United States' motion, **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. The two claims pertaining to lack of factual basis for Newman's guilty plea to Count 2 and the U.S.S.G. § 2G2.1(b)(4) enhancement lack legal merit and are frivolous; and

3. Any evidentiary hearing shall be limited to issues concerning a potential claim for ineffective assistance of counsel regarding whether counsel failed to provide adequately advice of Newman's right to appeal and/or follow Newman's directive to file an appeal.