UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL CASE # 3:15CR-83-DJH

PATRICK NEWMAN                                                        MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                                      RESPONDENT/PLAINTIFF

### ORDER

The Court entered an Opinion and Order (Docket Number #58) on December 11, 2018 notifying the parties that counsel would be appointed to represent the movant/defendant.

**IT IS HEREBY ORDERED:**

1.) The **Honorable Richard E. Cooper** is **APPOINTED** to represent the movant/defendant on this matter. The **representation of counsel** shall commence **beginning on December 11, 2018** and shall include a pre-hearing consultation with Movant to discuss the possibility of filing a second-amended Section 2255 motion. Such motion would supersede Movant's prior Section 2255 motions. Movant would be free to add or delete claims as he sees fit and would not be bound by the construction of claims expressed in the prior Order.

2.) A **telephonic further proceedings** is scheduled before Magistrate Judge Lanny King on **December 20, 2018 at 4:00 p.m. Eastern Time (3:00 p.m. C.T.)**. Counsel for the parties shall connect to the teleconference by dialing the toll-free number 1-877-848-7030 and entering the access code 7238577#.

December 13, 2018

**Lanny King, Magistrate Judge**
**United States District Court**

c: Movant/Defendant
   Quality Control

LLK-mhb