UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:15-CR-00083-DJH-LLK-1

PATRICK NEWMAN                                    MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                          RESPONDENT/PLAINTIFF

### MOTION FOR LEAVE OF COURT TO
### AMEND MOTION UNDER 28 U.S.C. §2255
### (Filed electronically)

Movant, Patrick Newman, by counsel, requests leave of Court to file the attached Second Amended Motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody pursuant to Federal Rule of Civil Procedure 15.  Movant filed a Pro Se Motion and Amended Motion under 28 U.S.C. §2255.  Opinion and Order entered December 11, 2018 [R. 58] ordered an evidentiary hearing on Movant's claims and appointed undersigned counsel to represent Movant at the evidentiary hearing.  Following consultation with Movant the Second Amended Motion is a clarification of the issues to be presented at the evidentiary hearing distilled from Movant's Pro Se motions.

Respectfully submitted,

/s/ Richard Cooper_____
**RICHARD COOPER, P.S.C.**
The Seventeenth Floor
239 South Fifth Street
Louisville, Kentucky  40202
(502) 587-6554
(502) 585-3084
(502) 585-3548 fax
Attorney for Movant/Defendant,
Patrick Newman
richardcooperesq@gmail.com

## **CERTIFICATE**

I hereby certify on April 3, 2019 I electronically filed the foregoing Motion for Leave of Court to Amend Motion Under 28 U.S.C. §2255 with attached Second Motion to Amend with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Richard Cooper

**RICHARD COOPER**