UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:15-CR-00083-DJH-LLK-1

PATRICK NEWMAN                                                            MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                          RESPONDENT/PLAINTIFF

## **ORDER**

## **(Filed electronically)**

**IT IS HEREBY ORDERED** leave is hereby given to Movant to submit a Second Amended Motion Under 28 U.S.C. §2255 attached to Movant's Motion For Leave to Amend.

**IT IS FURTHER ORDERED** the government may respond to the Second Amended Motion within _____ days.