UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


PATRICK NEWMAN                                          MOVANT/DEFENDANT

vs.                                     CRIMINAL ACTION NO. 3:15CR-83-DJH
                                        CIVIL ACTION NO.:   3:17CV-57-DJH

UNITED STATES OF AMERICA                                RESOPNDENT/PLAINTIFF


*- Electronically Filed -*
**<u>MOTION TO ACCEPT LATE FILING</u>**

Comes the United States of America, by counsel, Jo E. Lawless, Assistant United States Attorney for the Western District of Kentucky, and moves the Court to accept the late filing of its response to Newman's motion to amend his 28 U.S.C. § 2255 motion.   Counsel for the United States was out of the office due to illness on April 15 and 16, 2018.   Consequently, it is respectfully requested that the Court accept the one-day late filing of the United States' response.    The response is being filed simultaneously with the instant motion.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


<u>/s/ *Jo E. Lawless*</u>
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on April 17, 2019.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney