UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICK NEWMAN                                                               MOVANT/DEFENDANT

vs.                                             CRIMINAL ACTION NO. 3:15CR-83-DJH
                                                CIVIL ACTION NO.:   3:17CV-57-DJH

UNITED STATES OF AMERICA                                          RESOPNDENT/PLAINTIFF

## **ORDER**

This matter is before the Court on motion of the United States of America to accept the late filing of its response to Newman's motion for leave to amend his § 2255 motion. **IT IS ORDERED** that the motion is **GRANTED**.