UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICK NEWMAN                                                                                   MOVANT/DEFENDANT

vs.                                                                      CRIMINAL ACTION NO. 3:15CR-83-DJH
                                                                          CIVIL ACTION NO.:   3:17CV-57-DJH

UNITED STATES OF AMERICA                                                        RESOPNDENT/PLAINTIFF

## ORDER

This matter is before the Court on Patrick Newman's motion for leave of Court to amend his 28 U.S.C. § 2255 motion.   The United States responded to the motion and noted its objections thereto.   For the reasons set forth more fully in the United States' response, **IT IS ORDERED** that the motion is **DENIED**.