UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICK NEWMAN                                                          MOVANT/DEFENDANT

vs.                                        CRIMINAL ACTION NO. 3:15CR-83-DJH
                                           CIVIL ACTION NO.:   3:17CV-57-DJH

UNITED STATES OF AMERICA                                                RESOPNDENT/PLAINTIFF

## ORDER

This matter is before the Court on motion of the United States of America to accept the late filing of its response to Newman's motion for leave to amend his § 2255 motion. **IT IS ORDERED** that the motion is **GRANTED**.

April 22, 2019

Lanny King, Magistrate Judge
United States District Court