UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:15-cr-83-DJH-LLK |
| PATRICK NEWMAN, | Defendant. |

\* \* \* \* \*

## ORDER

Patrick Newman, through appointed counsel, has filed a motion for leave to file a second amended motion under 28 U.S.C. § 2255. (Docket No. 66) Newman contends that the amendment should be allowed because his second amended motion "is a clarification of the issues to be presented at the evidentiary hearing distilled from [his] Pro Se motions." (*Id.*, PageID # 902) The Court referred this matter to United States Magistrate Judge Lanny King for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) & (3) after Newman filed his first amended motion. (D.N. 57)

Judge King issued his Findings of Fact, Conclusions of Law, and Recommendation on May 21, 2019. (D.N. 71) He recommended that Newman's second motion to amend be denied because it was filed past the one-year period of limitation established by 28 U.S.C. § 2255(f) "and [Newman's] proposed amended claims . . . do not relate back to his original claims." (*Id.*, PageID # 928) Judge King also recommended that Newman be denied a certificate of appealability because reasonable jurists would not find it debatable that neither amended claim "states a valid claim of the denial of a constitutional right." (*Id.*, PageID # 938–39 (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000))) The time for objections to the report and recommendation has now run, with no objections filed.

The Court need not review a magistrate judge's findings when no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). Nevertheless, the Court has reviewed the record and agrees with Judge King's recommendation. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The Findings of Fact, Conclusions of Law, and Recommendation of Magistrate Judge Lanny King (D.N. 71) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)     Patrick Newman's motion to file a second amended Section 2255 motion (D.N. 66) is **DENIED**.

(3)     This matter is **REFERRED** to Magistrate Judge Lanny King to determine whether Newman intends to pursue his original claims, his original claims as construed in the Opinion and Order (D.N. 58), or any other claim that relates back to his original claims.

June 26, 2019

**David J. Hale, Judge**
**United States District Court**