UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:15-CR-00083-DJH-LLK

UNITED STATES OF AMERICA                                          PLAINTIFF/RESPONDENT

v.

PATRICK NEWMAN                                                         DEFENDANT/MOVANT

## ORDER

On June 26, 2019, the Court entered an Order denying Movant Newman's motion for leave to amend his Section 2255 motion to add two new claims of ineffective assistance of trial counsel. Those claims were that counsel was ineffective for not 1) advising Newman, prior to pleading guilty, with respect to the factual basis for Count 2 and for not objecting to the lack of factual basis for Count 2; and 2) objecting to the U.S.S.G. § 2G2.1(b)(4) enhancement. (Docket # 66-1 at PageID # 907-08.)

The June 26, 2019 Order required the undersigned "to determine whether Newman intends to pursue his original claims, his original claims as construed in the Opinion and Order ([Docket #] 58), or any other claim that relates back to his original claims." (Docket # 72 at PageID # 945.)

Therefore, within 30 days of entry of this Order, counsel for Newman shall communicate with his client, if necessary, and shall file a statement with the Court identifying (in succinct numbered sentences) which claims, if any (excluding the two ineffectiveness claims identified above), Newman intends to pursue.

July 18, 2019

Lanny King, Magistrate Judge
United States District Court