UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:15-CR-00083-DJH-LLK-1

PATRICK NEWMAN                                           MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                                 RESPONDENT/PLAINTIFF

### DEFENDANT'S MOTION TO DISMISS
### AMENDED PETITION UNDER MOTION §2255
### (Filed electronically)

Movant, Patrick Newman, has authorized undersigned counsel to withdraw or dismiss his Amended Petition Under Motion §2255.

Respectfully submitted,

/s/ Richard Cooper
**RICHARD COOPER, P.S.C.**
The Seventeenth Floor
239 South Fifth Street
Louisville, Kentucky  40202
(502) 587-6554
(502) 585-3084
(502) 585-3548 fax
Attorney for Movant/Defendant,
Patrick Newman
richardcooperesq@gmail.com

### CERTIFICATE

I hereby certify on July 31, 2019 I electronically filed the foregoing Defendant's Motion to Dismiss Amended Petition Under Motion §2255 with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Richard Cooper
**RICHARD COOPER**