UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:15-CR-00083-DJH-LLK-1

PATRICK NEWMAN                                           MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                  RESPONDENT/PLAINTIFF

## **ORDER**

### **(Filed electronically)**

Upon Movant's Motion to Dismiss his Amended Motion Under 28 USC §2255, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** Movant/Defendant's Amended Motion Under 28 U.S.C. §2255 is **DISMISSED.**