UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                          PLAINTIFF

v.                           CRIMINAL ACTION NO. 3:15CR-83-DJH

PATRICK NEWMAN                          DEFENDANT

### RESPONSE TO MOTION TO DISMISS (DN 74)
*Electronically Filed*

       Comes the United States of America, through counsel, Assistant United States Attorney Jo E. Lawless, in response to Newman's motion to dismiss (DN 74), his amended petition, and states no objection to the request. However, it should be noted that the only amended petition (motion) pending in the case was filed on August 17, 2017, (DN 49).

                                       Respectfully submitted,

                                       RUSSELL M. COLEMAN
                                       United States Attorney

                                       /s/ *Jo E. Lawless*
                                       Jo E. Lawless
                                       Assistant United States Attorney
                                       717 West Broadway
                                       Louisville, Kentucky 40202
                                       (502) 625-7065
                                       Fax (502) 582-5097

### CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was sent by electronic means through the Court's ECF system on October August 12, 2019, to defense counsel.

                                         /s/ *Jo E. Lawless*
                                       Jo E. Lawless
                                       Assistant United States Attorney