**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:15-CR-00083-DJH-LLK**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF/RESPONDENT**

**v.**

**PATRICK NEWMAN**                                                              **DEFENDANT/MOVANT**

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Movant Patrick Newman filed a motion and first-amended motion to vacate his convictions and sentence under 28 U.S.C. § 2255, to which the United States responded in opposition. (Dockets # 42, 49, 56.) The undersigned Magistrate Judge entered an Opinion and Order, and the United States filed a motion for reconsideration. (Dockets # 58, 59.) Movant filed a motion to dismiss his amended Section 2255 motion, to which (subject to clarification) the United States responded that it had no objection. (Dockets # 74, 76.) The Court referred the matter to the undersigned "for resolution of all nondispositive motions; for appropriate hearings, if necessary; and for findings of fact and recommendations on dispositive motions" (Docket # 57) and "to determine whether Newman intends to pursue his original claims, his original claims as construed in the Opinion and Order (D.N. 58), or any other claim that relates back to his original claims" (Docket # 72 at PageID # 945). All pending motions are ripe for determination.

**Discussion**

On August 14, 2019, the undersigned held a telephonic status conference. Appointed counsel, Richard Earl Cooper, represented Movant, and Assistant United States Attorney Jo E. Lawless represented the United States. Movant's counsel clarified that his intent in filing his recent motion to dismiss (Docket # 74) was effectively to abandon and voluntarily dismiss **all** habeas claims and terminate this action.

The United States and the Court anticipated this clarification for the following reasons. Movant's first-amended Section 2255 motion (Docket # 49) superseded his original Section 2255 motion (Docket # 42). *See Braden v. United States*, 817 F.3d 926, 930 (6th Cir. 2016) ("Generally, amended pleadings

supersede original pleadings" and "[t]his rule applies to [Section 2255] habeas petitions."). Movant's proposed second-amended Section 2255 motion (Docket # 66-1) was never filed in light of the Court's subsequent denial of his motion for leave to file that motion (Docket # 72). Because the first-amended motion superseded the original motion and the second-amended motion was not filed, the only remaining motion was the first-amended motion (Docket # 49), which was (logically) the subject of Movant's motion to dismiss (Docket # 74).

Because Defendant has moved effectively to abandon all habeas claims (Docket # 74), the United States' motion for reconsideration (Docket # 59) is now moot.

## RECOMMENDATION

Therefore, the Magistrate Judge RECOMMENDS that the Court GRANT Movant's motion to dismiss his amended Section 2255 motion (Docket # 74); DENY Movant's motion and first-amended Section 2255 motion (Dockets # 42, 49); DENY the United States' motion for reconsideration (Docket # 59); DENY Movant a certificate of appealability with respect to the denial (on procedural grounds) of his two claims of ineffective assistance of trial counsel (Docket # 66-1); and enter judgment in favor of the United States.

August 15, 2019

Lanny King, Magistrate Judge
United States District Court

## NOTICE

Therefore, under the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b), the Magistrate Judge files these findings and recommendations with the Court and a copy shall forthwith be electronically transmitted or mailed to all parties. Within fourteen (14) days after being served with a copy, any party may serve and file written objections to such findings and recommendations as provided by the Court. If a party has objections, such objections must be timely filed or further appeal is waived. *Thomas v. Arn*, 474 U.S. 140, 147 (1985).

August 15, 2019

Lanny King, Magistrate Judge
United States District Court